B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clearwater Development, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Brightwater Club** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **20-1538160** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3870 Gypsum Creek Road**<br>**Gypsum, CO**      ZIPCODE **81637** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Eagle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**4000 Gypsum Creek Road**<br>**Gypsum, CO**      ZIPCODE **81637** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**4000 Gypsum Creek Road, Gypsum, CO**      ZIPCODE **81637** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Clearwater Development, Inc.** |
|---|---|

<table>
<tr><td colspan="3" align="center"><strong>Prior Bankruptcy Case Filed Within Last 8 Years</strong> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<strong>None</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><strong>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</strong> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><strong>None</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td>
<strong>Exhibit A</strong>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
☐ Exhibit A is attached and made a part of this petition.
</td>
<td>
<strong>Exhibit B</strong><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.
X _____<br>        Signature of Attorney for Debtor(s)         Date
</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Clearwater Development, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X **/s/ Douglas C. Pearce, II, Esq.**<br>Signature of Attorney for Debtor(s)<br><br>**Douglas C. Pearce, II, Esq. 28786**<br>**Connolly, Rosania & Lofstedt, P.C.**<br>**950 Spruce St., Ste. #1C**<br>**Louisville, CO 80027**<br>**(303) 661-9292 Fax: (303) 661-9555**<br><br><br>**April 18, 2011**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Russ E. Hatle**<br>Signature of Authorized Individual<br><br>**Russ E. Hatle**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**April 18, 2011**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                                              Case No. _____

Clearwater Development, Inc. _____   Chapter **11** _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Kennedy Funding, Inc.<br>Attn: Jeffrey Wolfer/Tony Petruccello<br>Two University Plaza, Suite 402<br>Hackensack, NJ 07601 | | Other | | 62,322,970.72<br>Collateral:<br>8,000,000.00<br>Unsecured:<br>57,744,711.12 |
| Custom Concepts, LLC<br>C/O Rick G Hermes<br>PO Box 2633<br>Edwards, CO 81632 | | Other | | 3,175,382.26<br>Collateral:<br>8,000,000.00<br>Unsecured:<br>3,175,382.26 |
| Todd Thomas<br>1417 White Hawk Ranch Drive<br>Boulder, CO 80303 | | Other | | 1,030,500.00 |
| Brightwater Club POA<br>P.O. Box 993<br>Eagle, CO 81631 | | Other | Contingent<br>Unliquidated<br>Disputed | 828,697.87 |
| Guaranty Bank & Trust Co.<br>PO Box 5847<br>Denver, CO 80217-5847 | | Other | | 753,042.97 |
| Imprimis Corp.<br>P.O. Box 1856<br>Palm Desert, CA 92261 | | Trade debt | | 421,721.29 |
| US Bank<br>PO Box 790401<br>St Louis, MO 63179-0401 | | Other | | 399,293.53 |
| Simplot Partners<br>Dept. #1136<br>Los Angeles, CA 90084-1136 | | Other | | 372,785.07<br>Collateral:<br>8,000,000.00<br>Unsecured:<br>372,785.07 |
| L. Hatle Trust<br>PO Box 1856<br>Palm Desert, CA 92261 | | Other | | 351,964.76 |
| Orval And Dorothy Paul<br>11404 East Imperial Highway<br>Norwalk, CA 90650 | | Other | Contingent<br>Unliquidated | 330,000.00 |
| Malcolm Gray<br>11407 St. Germain Way<br>Houston, TX 77082 | | Other | Contingent<br>Unliquidated | 260,000.00 |
| Orval A. Paul Annuity Trust<br>11404 E. Imperial Hwy<br>Norwalk, CA 90650 | | Trade debt | | 212,895.40 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Blakeslee Advertising & Marketing**<br>916 North Charles Street<br>Baltimore, MD 21201 | Other | | 183,585.48 |
| **Jay And Deborah Harper**<br>400 Woodland Drive<br>Pauls Valley, OK 73075 | Other | Contingent<br>Unliquidated | 140,000.00 |
| **Benjamin, Bain & Howard, LLC**<br>P.O. Box 370509<br>Denver, CO 80237-0509 | Other | | 126,500.00<br>Collateral:<br>8,000,000.00<br>Unsecured:<br>126,500.00 |
| **Don Dotson And Mary Palmtag**<br>P.O. Box Box 4105<br>Gypsum, CO 81637 | Other | Contingent<br>Unliquidated | 120,000.00 |
| **Larry And Susan Boothby**<br>4270 South Bellaire Circle<br>Englewood, CO 80113 | Other | Contingent<br>Unliquidated | 120,000.00 |
| **Jim Murton**<br>10330 SW 59 Avenue<br>Miami, FL 33156 | Other | Contingent<br>Unliquidated | 120,000.00 |
| **Saliesh And Bhavna Patel**<br>8584 155th Place North<br>Palm Beach Gardens, FL 33418 | Other | Contingent<br>Unliquidated | 120,000.00 |
| **Leslie And Faith Lerner**<br>475 Split Rock Road<br>Syossest, NY 11791 | Other | Contingent<br>Unliquidated | 120,000.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __April 18, 2011__         Signature: __*/s/ Russ E. Hatle*__

__Russ E. Hatle, President__

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                    Case No. _____

Clearwater Development, Inc. _____          Chapter 11 _____
                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
**-4,020,264.00   2009**

**Total income - $139,997, Total deductions - $4,160,261**

         0.00   2010

**2010 Income Tax Returns not complete at time of filing**

         0.00   YTD

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
**21,232.77   3-11-2011 - Cooperative refund from Holy Cross Energy**

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Guaranty Bank & Trust Co. 6501 E. Belleview Ave., Suite 100 Englewood, CO 80111 | 3/8/2011 - $254,032.70 4/15/2011 - $73,000 (approx.) | 327,032.70 | 753,042.97 |
| Knudsen Law Office 2280 Market Street, Suite 300 Riverside, CA 92501 | 3/30/2011 | 8,092.50 | 4,387.50 |
| Laff Campbell Tucker & Gordon 7730 East Belleview Avenue Greenwood Village, CO 80111-2616 | 2/11/2011 | 8,103.07 | 1,495.51 |

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Community Consultants, LLC 4000 Gypsum Creek Road Gypsum, CO 81637 | 9/9/2010 - $10,206.69 9/24/2010 - $44,000 9/29/2010 - $44,190 11/30/2010 - $940.71 12/14/2010 - $89.90 | 99,427.20 | 940.71 |
| Imprimis Corp. P.O. Box 1856 Palm Desert, CA 92261 | 9/10/2010 - $2,300 - mgmt fee 10/15/2010 - $1,179.78 - exp reim 10/29/2010 - $20,000 - mgmt fee 11/15/2010 - $2,000 - mgmt fee 11/30/2010 - $1,250 - exp reim 12/14/2010 - $4,999 - exp reim 12/16/2010 - $6,200 - mgmt fee 1/6/2011 - $3,250 - exp reim 1/13/2011 - $3,250 - exp reim 2/25/2011 - $1,000 - exp reim 3/8/2011 - $9,078.12 - exp reim | 54,506.90 | 421,721.29 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Guaranty Bank & Trust Co. v Clearwater Development, Inc, et al, Case No. 2010CV9029 | Collection | District Court, City and County of Denver | Pending |
| Brightwater Club Property Owners Association v Clearwater | Collection/Judicial Foreclosure | District Court, Eagle County, Colorado | Judgment entered March 28, 2011 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Development, Inc, et al, Case No.
2010CV849

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wells Fargo Financial Leasing Inc<br>800 Walnut Street<br>Des Moines, IA  50309 | September 16, 2010 | Club Car Turf 2 Vehicle RG0727-774118 |
| Textron Financial<br>PO Box 308<br>Wichita, KS  67201-0308 | August 2010 | Golf Course Equipment - See attached schedule |

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Connolly Rosania & Lofstedt PC<br>950 Spruce Street Suite 1C<br>Louisville, CO  80027 | 4-18-11 | 23,961.00 |
| Payment for pre-petition services and filing fees. | | |

---

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Benjamin, Bain & Howard, LLC | July 29, 2010 | Promissory Note dated August 29, |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

P.O. Box 370509
Denver, CO  80237-0509
Creditor

2005, in the original principal sum of
$67,532.40 made by Hans Imhof and
payable to Debtor;
Promissory Note dated August 29,
2005, in the original principal sum of
$109,423.80 made by L. Hatle Trust
and payable to Debtor;
Promissory note dated August 29,
2005, in the original principal sum of
$156,043.80 made by Marvin Capital
LLC and payable to Debtor.

Property was sold pursuant to a Court ordered Sheriff's sale, Sale No. 2010-4044.

Scandinavian Brightwater LLC
C/O Mike Budd Reg. Agent
27 Main Street, Ste 105
Edwards, CO  81632
None

Nove,ber 20, 2009

24 Lasso, Gypsum, Colorado 81637
aka Lot 11, Block K, Brightwater Club
Filing 3; and 72 Bridle Path, Gypsum,
Colorado 81637 aka Lot 4, Block K,
Brightwater Club Filing 3 - Note
receivable executed by buyer in the
amoun of $427,923.24

The Buyer could not make the payments on the note and these lots were subsequently transferred back to Debtor via
Quitclaim Deeds dated March 2, 2011 and recorded April 5, 2011.

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar
☑ device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☐ transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Community Banks Of Colorado 5570 DTC Parkway Greenwood Village, CO  80111 | Checking Account | 2010 - $0.25 |

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
☑ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this
☑ case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
☑

**15. Prior address of debtor**

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
☑ that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☑ Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case,
identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Brightwater Land Company, LLC | | 4000 Gypsum Creek Road Gypsum, CO 81637 | Real estate development and operation | 3-21-205 to present |
| Brightwater Food & Beverage, LLC | | 4000 Gypsum Creek Road Gypsum, CO 81637 | Holds liquor license | 7-30-2007 to present |
| The Club At Brightwater LLC | | 4000 Gypsum Creek Road Gypsum, CO 81637 | Operating entity | 11-29-2005 to present |
| Brightwater Real Estate Co. LLC | | 4000 Gypsum Creek Road Gypsum, CO 81637 | Real estate development | 3-21-2005 to present |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ehrhardt Keefe Steiner & Hottman PC<br>7979 E Tufts Avenue, Ste 400<br>Denver, CO 80237-2843 | **Last two years** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
Ehrhardt Keefe Steiner & Hottman PC
7979 E Tufts Avenue, Ste 400
Denver, CO 80237-2843

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Kennedy Funding, Inc.<br>Attn: Jeffrey Wolfer<br>Two University Plaza, Suite 402<br>Hackensack, NJ 07601 | |
| Guaranty Bank & Trust Co.<br>PO Box 5847<br>Denver, CO 80217-5847 | |

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Russ E. Hatle<br>C/O Imprimis Corp.<br>PO Box 1856<br>Palm Desert, CA 92261 | President/Sole Director | |
| Hatle Revocable Trust<br>C/O Imprimis Corp.<br>PO Box 1856<br>Palm Desert, CA 92261 | Shareholder | 21.791% equity interest |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| L. Hatle Trust<br>C/O Imprimis Corp.<br>PO Box 1856<br>Palm Desert, CA  92261 | Shareholder | 1.714% equity interest |
| Hans Imhof<br>18241 W. McDurmott St., Ste. A<br>Irvine, CA  92614 | Shareholder | 29.029% equity interest |
| Wells L. Marvin<br>C/O Marvin Investments, Inc.<br>78-100 Main Street, Ste. 206<br>La Quinta, CA  92253 | Shareholder | 19.590% equity interest |
| Beverly Murray<br>C/O Imprimis Corp.<br>PO Box 1856<br>Palm Desert, CA  92261 | Assistant Secretary | |

**Ms. Murray is not a shareholder of the Debtor.**

| | | |
|---|---|---|
| Paul Family Investment Trust I<br>C/O Steven C. Paul, Trustee<br>11404 E. Imperial Hwy.<br>Norwalk, CA  90650 | Shareholder | 13.938% equity interest |
| Paul Family Investment Trustt II<br>C/O Steven C. Paul, Trustee<br>11404 E. Imperial Hwy.<br>Norwalk, CA  90650 | Shareholder | 13.938% equity interest |
| Julie Thurston<br>C/O Beyond Creative, Inc.<br>PO Box 1655<br>Eagle, CO  81631 | Assistant Secretary | |

**Ms. Thurston is not a shareholder of the Debtor.**

---

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Hans Imhof<br>18241 W. McDurmott St., Ste. A<br>Irvine, CA  92614 | Board Member | 12/2010 |

**Mr. Imhof remains a shareholder of the corporation, but resigned his position on the Board of Directors in December 2010.**

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| Imprimis Corp.<br>P.O. Box 1856<br>Palm Desert, CA  92261 | Management Fees | |

---

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

---

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: __April 18, 2011_____        Signature: */s/ Russ E. Hatle*_____

**Russ E. Hatle, President**_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:             Case No. _____

Clearwater Development, Inc. _____ Chapter 11 _____

      Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 8,000,000.00 | | |
| B - Personal Property | Yes | 3 | $ 290,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 69,544,239.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 40 | | $ 32,791,240.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 51 | $ 8,290,500.00 | $ 102,335,479.69 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____ Case No. _____
  
                    Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 50 finished single family home sites, 65 partially finished single family home sites, 225 entitled single family home sites, completed 18 hole Robert Trent Jones Jr. golf course, completed 18 hole putting course, 25 acres of lakes, significant water rights, Cast off cabin, Lake House Restaurant and Club and all entitlements, permits and development rights, legally described as: PARCEL 1 Lots 45,46, and Lots 63 through 68, inclusive; Brightwater Club Filing 2, according to the plat recorded June 20, 2005 at Reception No. 919386, County of Eagle, State of Colorado. PARCEL 2 Lots 1 through 4, Block K inclusive; Lot 11, Block K; Lots 16 and 17 Block K; and Lots 23 through 40, Block K, inclusive; Brightwater Club Filing 3, according to the plat recorded September 14, 2005 at Reception No. 929490, County of Eagle, State of Colorado. PARCEL 3 Lots 2,3,5,23,24, and lots 26 through 50, inclusive; Brightwater Club Filing 4, according to the plat recorded April 13, 2006 at Reception No. 200609481, County of Eagle, State of Colorado. PARCEL 4 Lots 1 through 14, inclusive; Lots 54, 57, and 59; Brightwater Club Filing 5, according to the plat recorded May 10, 2006 at Reception No. 200612175, County of Eagle, State of Colorado. PARCEL 5 Tracts A and B, Parcels C1 through C3, inclusive, Parcels M and N, Tracts O and P, all in Brightwater Club Filing 1, according to the plat recorded May 15, 2005 at Reception No. 916179, County of Eagle, State of Colorado. PARCEL 6 Tracts AA through LL, inclusive; Brightwater Club Filing 2, according to the plat recorded June 20, 2005 at Reception No. 919836, County of Eagle, State of Colorado. PARCEL 7 tracts 3A through 3F, inclusive; Brightwater club Filing 3, according to the plat recorded September 14, 2005 at Reception No. 929490, County of Eagle, State of Colorado. PARCEL 8 tracts MM through SS, inclusive; Brightwater Club Filing 4, according to the plat recorded April 13, 2006 at Reception No. 200609481, County of Eagle, State of Colorado. Continued on Attachment. | Fee Simple | | 8,000,000.00 | 69,543,133.34 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  |  | **TOTAL** | **8,000,000.00** | |

(Report also on Summary of Schedules)

**IN RE** Clearwater Development, Inc.                    **Case No.** _____

## SCHEDULE A – REAL PROPERTY
## ATTACHMENT

Description and Location of Property Continued

PARCEL 9 tracts TT, UU, and VV, Brightwater Club Filing 5, according to the plat recorded May 10, 2006 at Reception No. 200612175, County of Eagle, State of Colorado.

PARCEL 10 golf club play and maintenance and operations easement as created by declaration recorded September 8, 2005 Reception No. 928911.

PARCEL 11 pedestrian and golf cart path easement as created by declaration recorded August 2, 2005 Reception No. 924671.

TOGETHER WITH THE PERPETUAL AND NON-EXCLUSIVE EASEMENTS AND RIGHTS OF WAYS AS CONTAINED ON THE FOLLOWING PLATS RECORDED IN THE EAGLE COUNTY RECORDS:

BRIGHTWATER CLUB FILING 1 RECORDED MAY 18, 2005 AT RECEPTION NO. 916179,

BRIGHTWATER CLUB FILING 2 RECORDED JUNE 20, 2005 AT RECEPTION NO. 919836,

BRIGHTWATER CLUB FILING 3 RECORDED SEPTEMBER 14, 2005 AT RECEPTION NO. 929490,

BRIGHTWATER CLUB FILING 4 RECORDED APRIL 13, 2006 AT RECEPTION NO. 200609481,

BRIGHTWATER CLUB FILING 5 RECORDED MAY 10, 2006 AT RECEPTION NO. 200612175.

IN RE Clearwater Development, Inc. _____   Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Petty Cash $500.00 | | 500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposits with public utilities - deposits are returned to Debtor as homes are built on the property. | | 0.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% membership interest in Brightwater Food and Beverage, LLC | | 0.00 |
| | | 100% membership interest in Brightwater Land Company LLC | | 0.00 |
| | | 100% membership interest in Brightwater Real Estate Co., LLC | | 0.00 |
| | | 100% membership interest in The Club at Brightwater, LLC | | 0.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc.        Case No. _____
_____
Debtor(s)                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Golf membership receivables | | 290,000.00 |
| | | Note Receivable - Scandinavian Brightwater - $427,923 original face amount | | unknown |
| | | Receivable due from Brightwater Real Estate LLC - Balance sheet value of $559,925.07 | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Ownership of business trademark - Trademark Registration No. 3,826,476 registered July 27,2010. | | 0.00 |
| | | Ownership of the following domain name URL's: brightwaterclub.com; brightwatervailvalley.com; and brightwatercolorado.com | | 0.00 |
| | | Website at www.brightwaterclub.com | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2 operational pickup trucks; 2 antique trucks onsite | | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Clearwater Development, Inc.</u>        Case No. _____

         Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | See attached schedule. | | unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | JD5225 utility tractor, JD49 backhoe and JD542 Loader | | unknown |
| | | See attached schedule, including computers and peripherals, printers, furniture adminsitrative offices, and server | | unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 290,500.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<u>     0     </u> continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE:  Clearwater Development, Inc.                    Case No. _____

Amendment to Schedule B - Personal Property

Mountain Club Inventory

| Quantity | Description | Storage Location |
|---|---|---|
| 1 | wicker napkin tray | 74 Lasso Bathroom |
| 1 | wicker tissue cover | 74 Lasso Bathroom |
| 1 | waste waste basket | 74 Lasso Bathroom |
| 1 | green candle holder (holds 3 tea lights) | 74 Lasso Bathroom |
| 1 | glass top sofa table with black wood frame | 74 Lasso Dining Room |
| 2 | arm chairs with pattern-printed tan leather | 74 Lasso Dining Room |
| 2 | beaded western throw pillows | 74 Lasso Dining Room |
| 1 | framed print of drinking horse and cowboy | 74 Lasso Dining Room |
| 1 | sofa table (walnut) | 74 Lasso Entry |
| 2 | walnut desk chairs with blue seat cushions | 74 Lasso Entry |
| 1 | 2.5 x 3 hand painted square frame with oval mirror inset | 74 Lasso Entry |
| 1 | 4 ft bench | 74 Lasso Entry |
| 1 | coat rack made out of antique skis | 74 Lasso Entry |
| 1 pair | candles on tall round walnut candle holders | 74 Lasso Entry |
| 2 | 4 ft diam round tables with iron stand | 74 Lasso Garage |
| 4 | armless dining chairs with orange leather seats and grey backs | 74 Lasso Garage |
| 1 | 4x5 mirror in gold frame - rectangular | 74 Lasso Garage |
| 1 | 6x4 display panel | 74 Lasso Garage |
| 1 | 4x3 display panel | 74 Lasso Garage |
| 9 | framed photographs | 74 Lasso Garage |
| 1 | 4 ft diam round tables with iron stand | 74 Lasso Kitchen |
| 2 | short armchairs with blue fabric arms and tan leather seats | 74 Lasso Garage |
| 1 | walnut display easel | 74 Lasso Kitchen |
| 1 | silk sunflower arrangement - sunflowers | 74 Lasso Kitchen |
| 1 | tall black metal trash can | 74 Lasso Kitchen |
| 1 | framed aerial photo | 74 Lasso Kitchen |
| 4 | armless dining chairs with orange leather seats and grey backs | 74 Lasso Garage |
| 1 | black plastic outdoor shelving unit | 74 Lasso Garage |
| 2 | black freestanding ski racks | 74 Lasso Garage |
| 2 | boxes of individual wall-mounted locking ski holders | 74 Lasso Garage |
| 2 | small wood trays - oval | 74 Lasso Dining Room |
| 1 | small wood tray - rectangular | 74 Lasso Kitchen |
| 2 | small landscape paintings | 74 Lasso Kitchen |
| 1 | gold glass bowl | 74 Lasso Kitchen |
| 1 | tall clay vase with red circles | 74 Lasso Kitchen |
| 1 | short brown clay vase | 74 Lasso Kitchen |
| 1 | copper tissue holder | 74 Lasso Kitchen |
| 1 | red lunch box | 74 Lasso Kitchen |
| 2 | fishing baskets | 74 Lasso Kitchen |
| 6 | wine glasses | 74 Lasso Kitchen |
| 1 set | pewter creamer and sugar bowl | 74 Lasso Kitchen |
| 1 | fish sculpture | 74 Lasso Kitchen |
| 1 | seated bear statue door stop - cast iron | 74 Lasso Kitchen |
| 1 | round plant stand (walnut) | 74 Lasso Kitchen |
| 1 | square end table with folding top (walnut) | 74 Lasso Kitchen |
| 1 | bear candy dish | 74 Lasso Kitchen |
| 4 | brown leather arm chairs with orange seat cushions | 74 Lasso Living Room |
| 1 | brown leather sleeper sofa | 74 Lasso Living Room |
| 6 | throw pillows | 74 Lasso Living Room |
| 1 | walnut coffee table | 74 Lasso Living Room |
| 1 | square stone top end table | 74 Lasso Living Room |

Revised on 8/27/2009                                    Page 1 of 2

Mountain Club Inventory

| Quantity | Description | Storage Location |
|---|---|---|
| 2 | leather ottomans round | 74 Lasso Living Room |
| 1 | 7.5 ft tall 2 piece china hutch | 74 Lasso Living Room |
| 1 pair | antique snow shoes | 74 Lasso Living Room |
| 2 | throw blankets 1 red 1 BWC logo | 74 Lasso Living Room |
| 1 | 3 legged round plant stand made of metal branches | 74 Lasso Living Room |
| 11 | small framed photos | 74 Lasso Living Room |
| 1 set | reindeer book ends | 74 Lasso Living Room |
| 1 set | bear book ends | 74 Lasso Living Room |
| 19 | misc books | 74 Lasso Living Room |
| 1 | large framed print of running horses | 74 Lasso Living Room |
| 1 | clear glass bowl | 74 Lasso Living Room |
| 1 | red glass vase | 74 Lasso Living Room |
| 1 | candle with holder | 74 Lasso Living Room |
| 1 | wood cigar box with fish embossed on top | 74 Lasso Living Room |
| 1 set | feathered deer statues one standing one laying down | 74 Lasso Living Room |
| 1 | antler table sculpture | 74 Lasso Living Room |
| 3 | glass candle holders | 74 Lasso M. Bath |
| 1 | wicker tray | 74 Lasso M. Bath |
| 1 | computer desk (walnut) | 74 Lasso Upstairs |
| 1 | desk chair with wheels (tan leather) | 74 Lasso Upstairs |
| 1 | SONY flat screen TV | Dev Office |
| 1 | RUNCO flat screen TV | Dev Office |
| 1 | mini fridge | Dev Office |
| 1 | toaster | Dev Office |
| 1 | paper towel holder | Dev Office |
| 1 | KITCHEN AID stainless steel microwave | Dev Office |
| 4 | Quest phones | Dev Office |
| 1 | fire extinguisher | Dev Office |
| 3 | small trash cans | Dev Office |
| 2 | arm chairs with pattern-printed tan leather | 74 Lasso Garage |
| 1 | 2 door walnut cabinet square | |

Trailhead Inventory

| Quantity | Description | Location in Trail Head |
|---|---|---|
| 1 | 5ft diameter round dining table, walnut finish | Confrence Room |
| 4 | sleigh back dining chairs with leather seats | Confrence Room |
| 1 | round end table, walnut | Confrence Room |
| 1 | oval copper serving tray on stand | Confrence Room |
| 2 | Framed renderings (on wall) | Confrence Room |
| 1 | Vase of silk tulips (orange & red) | Confrence Room |
| 1 | Table lamp with shade | Confrence Room |
| 1 | wooden feed scoop (on wall) | Confrence Room |
| 1 | Wall clock | Confrence Room |
| 2 | arm chairs with paisley cushions | Confrence Room |
| 1 | fly fisherman sculpture | Confrence Room |
| 1 | 6-drawer chest of drawers (red painted) | Confrence Room |
| 1 | brown leather dining chair | Confrence Room |
| 1 | Hitachi wall mounted flat screen TV with video control center & 1 remote | Confrence Room |
| 1 | Dish Network box & 1 remote | Confrence Room |
| 1 | Samsung DVD player & 1 remote | Confrence Room |
| 3 | tone commander desk phones | downstairs |
| 1 | Frigidaire full size (top-bottom) fridge/freezer, no ice maker - white | Kitchen |
| 1 | Frigidaire microwave - white | Kitchen |
| 1 | Frigidaire dishwasher white {BROKEN} sign says out of order | Kitchen |
| 1 | fire extinguisher | Kitchen |
| 1 | broom and dust pan | Kitchen |
| 1 | mop | Kitchen |
| 1 | counter top paper towel holder | Kitchen |
| 1 | plastic step stool | Kitchen |
| 1 | black wicker love seat | Patio |
| 4 | arm chairs black wicker | Patio |
| 1 | coffee table black wicker | Patio |
| 1 | end table black wicker | Patio |
| 1 | dining table black wicker | Patio |
| 3 | glass tops various sizes for all tables | Patio |
| 8 | tan stripped cushions | Patio |
| 1 | Topographical display with frame table | Presentation Room |
| 1 | walnut sofa table 3 drawer with wine caddy shelving | Presentation Room |
| 14 | framed photos on the wall | Presentation Room |
| 1 | built- in shelf unit covering one wall | Presentation Room |
| 1 | logo golf ball caddy ( mini golf bag) | Presentation Room |
| 2 | Orvis fly fishing caddy (fanny pack) and hiking water bottle version | Presentation Room |
| 3 | fly fishing rods 7 ft with rods | Presentation Room |
| 2 pair | kids snowshoes | Presentation Room |
| 3 | kids putters | Presentation Room |
| 4 | adult putters | Presentation Room |
| 2 | kids hiking sticks | Presentation Room |
| 3 | adult hiking sticks | Presentation Room |
| 1 | volleyball | Presentation Room |
| 12 | books | Presentation Room |
| misc | playing cards, compass, golf balls, tees, disposable camera | Presentation Room |
| 2 | glass jars with lids | Presentation Room |
| 1 | golf swing training ball | Presentation Room |
| 1 | wood easle with framed cork board | Presentation Room |
| 12 | wine glasses | Presentation Room |

Revised 8/27/2009

Trailhead Inventory

| Quantity | Description | Location in Trail Head |
|---|---|---|
| 1 | black console serving table | Presentation Room |
| 2 | picnic coolers (blue soft sided) | Presentation Room |
| 1 | silver desk clock | Presentation Room |
| 1 | black upright wine cabinet | Presentation Room |
| 1 | silk flower arrangement | Presentation Room |
| 1 | 5x7 area rug | Reception Area |
| 1 | wall mounted chalk/ cork board | Reception Area |
| 1 | built in drawer unit with fly fishing rod holders | Reception Area |
| 2 | canoe paddles | Reception Area |
| 1 | antique ski coat rack | Reception Area |
| 1 | horse and foal desk sculpture | Reception Area |
| 5 | framed, wall-hung photographs | Reception Area |
| 1 | framed and wall hung fly fishing print | Reception Area |
| 1 | 4 drawer, 2 door chest of drawers, walnut finish | Reception Area |
| 1 | tan sofa | Reception Area |
| 4 | throw pillows | Reception Area |
| 1 | red plaid arm chair | Reception Area |
| 1 | square walnut end table | Reception Area |
| 1 | mahogany coffee table | Reception Area |
| 1 | mahogany desk (4 ft wide) | Reception Area |
| 1 | 2 drawer lateral file cabinet mahogany finish | Reception Area |
| 2 | desk lamps | Reception Area |
| 2 | large clay planters | Reception Area |
| 1 | SHARP LCD color TV (14") and 1 remote | Reception Area |
| 1 | SAMSUNG DVD player &1 remote | Reception Area |
| 1 | walnut console table | Reception Area |
| 4 | framed fish illustrations wall-hung | Reception Area |
| 2 | fishing baskets | Reception Area |
| 1 | silk orchid arrangement | Reception Area |
| 1 | candle on holder | Reception Area |
| 1 | desk chair with arms and wheels | Reception Area |
| 1 | HP printer photosmart 7460 | Reception Area |
| 4 | tone commander desk phones | upstairs |
| 1 | uniden wireless phone | upstairs |
| 1 | desk lamp | upstairs office |
| 2 | black wicker side chairs | upstairs office |
| 1 | black console table - curved | upstairs office |
| 1 | black upright wine cabinet | upstairs office |
| 4 | cherry lateral files 2 drawer | upstairs office |
| 3 | cherry desks 5 ft (4 drawer) | upstairs office |
| 8 | wall lamps | upstairs office |
| 2 | desk chairs with wheels | upstairs office |
| 1 | black side chair | upstairs office |
| 1 | DELL desktop computer with screen, keyboard, and mouse CDI 49 | upstairs office |
| 3 pair | mud boots | upstairs office |
| 2 sets | free standing steel shelving units (3 shelves each) | upstairs office |
| 1 | freestanding document caddy (black plastic) 17x3 cubbys | upstairs office |
| 1 | white board/cork board | upstairs office |
| 1 | DELL computer screen on riser stand | upstairs office |
| 1 | RICOH AFICIO MP 3500 copier (LEASED) | upstairs office |
| 1 | fire extinguisher | upstairs office |

Trailhead Inventory

| Quantity | Description | Location in Trail Head |
|---|---|---|
| 1 | security system (hard wired) | upstairs office |
| 6 | desk trash cans | upstairs office |

Bunkhouse Inventory

| Quantity | DESCRIPTION |
|---|---|
| | DELL COMPUTER MONITOR, KEYBOARD, AND MOUSE # CNOF5035-641-80548-ICQS |
| 1 | BWC/CDI #34 |
| 1 | HONN DESK CHERRY WOOD FINISH |
| 1 | HONN DESK WITH RETURN, CHERRY WOOD FINISH |
| 2 | FILING CABINETS ON WHEELS, CHERRY WOOD FINISH |
| 1 | 2-DRAWER LATERAL FILING CABINET CHERRY WOOD FINISH |
| 2 | FABRIC COVERED WALL PARTITIONS (APPROX. 4X5) |
| 4 | WALL MOUNTED CORK BOARDS - NAT WOOD FRAME |
| 2 | METAL SHELVING UNIT |
| 2 | DESK LAMPS |
| 2 | ARMLESS BLACK WICKER CHAIRS WITH TAN SEAT CUSHION |
| 4 | WALL-MOUNTED LAMPS WITH WHITE SHADES |
| 1 | HONEYWELL SPACE HEATER |
| 1 | BLACK PLASTIC DOCUMENT CADDY (15 SLOT) |
| 2 | PLAID SEAT CUSHION ARM CHAIR |
| 1 | ROUND END TABLE, EBONY RUBBED FINISH |
| 2 | BLACK DESK CHAIRS WITH WHEELS |
| 1 | TONE COMMANDER DESK PHONE |
| 1 | TAN LOVESEAT |
| 2 | LEPOARD PRINT THROW PILLOWS |
| 1 | HP OFFICE JET 4710XI ALL IN ONE PRINTER |
| 1 | CHERRY WOOD FINISH COFFEE TABLE |
| 5 | BLACK CONFERENCE CHAIRS WITH ARMS (SENT TO GARAGE AT THE CARRIAGE HOUSE) |
| 9 | GREEN & BLACK HOUNDSTOOTH CONFERENCE CHAIRS (SENT TO GARAGE AT CARRIAGE HOUSE) |

# Brightwater Club Golf Maint Equipment Inventory

| | Description | Serial # |
|---|---|---|
| 1 | Allen 418 Hover Mower | GJAAE - 1068815  N7A1 |
| 2 | Anderson Accu-Pro 2000 Walk Spreader | N/A |
| 3 | Anderson Accu-Pro 2000 Walk Spreader | N/A |
| 4 | Andersons Accu-Pro 2000 Walk Spreader | N/A |
| 5 | Andersons Accu-Pro 2000 Walk Spreader | N/A |
| 6 | Andersons SS Drop Spreader | N/A |
| 7 | Andersons SS Drop Spreader | N/A |
| 8 | Arctic Cat 400 ATV | 4UF6ATV36T206862 |
| 9 | Arctic Cat 500 ATV | 4UF05ATV254739 |
| 10 | Arctic Cat Sprayer | 229207 |
| 11 | Dakota Turf Hauler 440 Topdresser | 44001106 |
| 12 | Dakota Turf Tender 410 Topdresser w/parking stand | 331 |
| 13 | Foley Backlapper | 50G36507476 |
| '14 | Ford F-250 '87 flatbed truck | 1FTEF25N9HKB03261 |
| 15 | Generac Wheelhouse 5550 Generator | 1010893784 |
| 16 | Jacobsen LF135 Mower | N/A |
| 17 | Jacobsen Mataway Seeder | 744873B0155 |
| 18 | John Deere 5225 Tractor | LV5225R228075 |
| 19 | John Deere 5325 Tractor | LV5325P133408 |
| 20 | John Deere Backhoe | LV0049H130043 |
| 21 | John Deere Bucket for Backhoe - 24" | LV0049H130043 |
| 22 | John Deere Bucket for Backhoe - 14" | LV0049H130043 |
| 23 | John Deere Loader | W00642C011891 |
| 24 | John Deere Pallet Forks for Loader | BW16263 |
| 25 | Landa Parts Washer | C0206-82182 |
| 26 | Lely 1250 Fertilizer Spreader | 2320511106235 |
| 27 | Mikasa MT-65H Tamping Rammer | N-2054 |
| 28 | Miller 22A Plasma Cutter | LQ210724W |
| 29 | Miller XMT Mig and Arc Welder | LQ250218A |
| 30 | Pro Shot L1-AS Laser | X043768 |
| 31 | Red Max Blower | 13406 |

# Brightwater Club Golf Maint Equipment Inventory

| | Description | Serial # |
|---|---|---|
| 32 | Red Max Blower EB7001 | 40554575 |
| 33 | Red Max Weed Eater | 41122544 |
| 34 | Red Max Weed Eater | 51043011 |
| 35 | Red Max Weed Eater | 51043097 |
| 36 | Red Max Weed Eater | G225N20 |
| 37 | Red Max Weed Eater | N/A |
| 38 | Speedaire Air Compressor 4XA62 | D026248 |
| 39 | Toro 3500 D Groundsmaster Mower | 260000178 |
| 40 | Toro 5040 Sand Pro w/tooth rake | 260000242 |
| 41 | Toro Commercial Rotary Mower | |
| 42 | Toro Multi-Pro 1250 sprayer w/175 gal tank | 250000237-41163 |
| 43 | Toto Pro Sweep 5200 | |
| 44 | Toro Workman 1100 Utility Vehicle w/dump bed | 250000339-07252 |
| 45 | Toro Workman 1100 Utility Vehicle w/dump bed | 250000393-07252 |
| 46 | Toro Workman 4200 heavy duty truck w/large box | |
| 47 | Toyota Tacoma '05 4x4 pickup | 5TEMU52N152028666 |
| 48 | Wacker 3" Trash Pump PT3A | 5612157 |
| 49 | Wacker Vibratory Sheepsfoot | 5533835 |

B6C (Official Form 6C) (04/10)

IN RE Clearwater Development, Inc. _____  Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____ Case No. _____

Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Benjamin, Bain & Howard, LLC<br>P.O. Box 370509<br>Denver, CO 80237-0509 | | | Judgment in the amount of $126,500 entered in District Court, Arapahoe County, Case No. 09CV001407 - transcript of judgment recorded October 6, 2009.<br><br>VALUE $ 8,000,000.00 | | | | 126,500.00 | 126,500.00 |
| ACCOUNT NO.<br>Brightwater Club POA<br>P.O. Box 993<br>Eagle, CO 81631 | | | Judgment in the amount of $117,253.86 entered in District Court, Eagle County, Case No. 2010CV849 granting statutory lien pursuant to C.R.S. 38-33.3-316<br><br>VALUE $ 8,000,000.00 | | | | 117,253.86 | 117,253.86 |
| ACCOUNT NO.<br>Cook & Solis Construction, Inc.<br>P.O. Box 301491<br>Escondido, CA 92030 | | | Vendor accounts payable - mechanic's lien claimant - judgment entered March 18, 2011<br><br>VALUE $ 8,000,000.00 | | | | 225,728.60 | |
| ACCOUNT NO.<br>Custom Concepts, LLC<br>C/O Rick G Hermes<br>PO Box 2633<br>Edwards, CO 81632 | | | Judgment entered February 9, 2009, Case No. 08CV11024 in the District Court, Denver County, Colorado, plus accrued interest - transcript of judgment recorded February 18, 2009<br><br>VALUE $ 8,000,000.00 | | | | 3,175,382.26 | 3,175,382.26 |

<u>2</u> continuation sheets attached

Subtotal (Total of this page) $ 3,644,864.72 | $ 3,419,136.12

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____    Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Eagle County Treasurer <br> P.O. Box 479 <br> Eagle, CO 81631-0479 <br><br> VALUE $ 8,000,000.00 | | | Real Property Taxes | | | | 1,425,163.53 | |
| ACCOUNT NO. 10299866 <br><br> John Deere Credit <br> P.O. Box 650215 <br> Dallas, TX 75265-0215 <br><br> VALUE $ | | | Vendor accounts payable - loan amount owed with regard to purchase of JD5225 utility tractor, JD49 backhoe and JD542 Loader | | | | 1,105.97 | 1,105.97 |
| ACCOUNT NO. <br><br> Kennedy Funding, Inc. <br> Attn: Jeffrey Wolfer/Tony Petruccello <br> Two University Plaza, Suite 402 <br> Hackensack, NJ 07601 <br><br> VALUE $ 8,000,000.00 | | | Original financing of development Outstanding Principal - $37,803,830.30 Accrued Interest - $24,519,140.42 | | | | 62,322,970.72 | 57,744,711.12 |
| ACCOUNT NO. <br><br> Cole Schotz Meisel Forman & Leonard PA <br> Attn: Michael R. Leighton, Esq. <br> 25 Main Street <br> Hackensack, NJ 07602-0800 <br><br> VALUE $ | | | Assignee or other notification for: Kennedy Funding, Inc. | | | | | |
| ACCOUNT NO. <br><br> Ronald R. Peterson, Trustee <br> Jenner & Block LLP <br> 353 N Clark Street <br> Chicago, IL 60654-3456 <br><br> VALUE $ | | | Assignee or other notification for: Kennedy Funding, Inc. | | | | | |
| ACCOUNT NO. <br><br> KRC-HLT Corporation <br> Dba Formost Construction <br> P.O. Box 559 <br> Temecula, CA 92593 <br><br> VALUE $ 8,000,000.00 | | | Vendor accounts payable - mechanics lien claimant - judgment entered March 18, 2011. | | | | 171,131.12 | |

Sheet no. ___1___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ 63,920,371.34 | $ 57,745,817.09 |
| Total <br> (Use only on last page) | $ | $ |
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

IN RE Clearwater Development, Inc.     Case No. _____

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                                 
Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>La Tierra de Esmeralda Incorporated<br>Dba Emerald Sod Farms<br>P.O. Box 68<br>Brighton, CO 80601 | | | Vendor accounts payable - mechanics lien claimant - judgment entered on March 18, 2011<br><br>VALUE $ 8,000,000.00 | | | | 1,827.61 | |
| ACCOUNT NO.<br><br>Robert Trent Jones, II, LLC<br>705 Forest Avenue<br>Palo Alto, CA 94301 | | | Vendor accounts payable - mechanic's lien claimant - judgment entered March 18, 2011.<br><br>VALUE $ 8,000,000.00 | | | | 81,301.62 | |
| ACCOUNT NO.<br><br>SEMA Golf, LLC<br>7353 South Eagle Street<br>Centennial, CO 80112 | | | Vendor accounts payable - mechanics lien claimant - judgment entered March 18, 2011.<br><br>VALUE $ 8,000,000.00 | | | | 1,516,587.92 | |
| ACCOUNT NO.<br><br>Simplot Partners<br>Dept. #1136<br>Los Angeles, CA 90084-1136 | | | Provided material for construction of golf course - judgment entered in District Court, County of Eagle, Case No. 09CV106 - judgment recorded February 5, 2010.<br>VALUE $ 8,000,000.00 | | | | 372,785.07 | 372,785.07 |
| ACCOUNT NO.<br><br>Sport-Haley, Inc<br>Dba Ben Hogan Apparel Group<br>4600 East 48th Avenue<br>Denver, CO 80216 | | | Judgment entered March 10, 2010 in the District Court, Eagle County, Case No. 09CV807 - transcript of judgment recorded March 24, 2010.<br>VALUE $ 8,000,000.00 | X | X | X | 6,501.03 | 6,501.03 |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 1,979,003.25    $ 379,286.10

Total (Use only on last page) $ 69,544,239.31    $ 61,544,239.31

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____  Case No. _____
_____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
　　Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
　　Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　　* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____   Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aden Jackson Holt<br>145 Riverwood<br>Boerne, TX 78006 | | | Refundable membership in The Club at Brightwater. | X | X | | 70,000.00 |
| ACCOUNT NO.<br><br>Alan Lukehart<br>5709 Woodmont Court<br>Plano, TX 75093 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>Alpine Party Rentals<br>P.O. Box 1709<br>Eagle, CO 81631 | | | Vendor accounts payable. | | | | 2,524.76 |
| ACCOUNT NO.<br><br>Altitude Landscape Co.<br>P.O. Box 1882<br>Edwards, CO 81632 | | | Vendor accounts payable - landscaping services provided in 2008 | | | | 104,964.97 |

___39___ continuation sheets attached

Subtotal (Total of this page)  $ 227,489.73

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Clearwater Development, Inc.</u>                    Case No. _____
                         Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **American Protection Systems** <br> **6420 CR 335, Suite C** <br> **New Castle, CO 81647** | | | Vendor accounts payable. | | | | 180.00 |
| ACCOUNT NO. <br> **Amtrust Bank** <br> **1801 East Ninth Street, Suite 200** <br> **Cleveland, OH 44114** | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO. <br> **Andy And Phaedra Seidel** <br> **P.O. Box 1625** <br> **Rancho Santa Fe, CA 92067** | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO. <br> **Arash And Shiva Shemirani** <br> **1119 Denise Way** <br> **San Jose, CA 95125-3622** | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO. <br> **Atira Golf LLC** <br> **56 Edwards Village Blvd., Suite 225** <br> **Edwards, CO 81632** | | | Club at Brightwater LLC vendor account. | X | X | X | 2,000.00 |
| ACCOUNT NO. <br> **Bank First** <br> **225 South 6th Street, Suite 2900** <br> **Minneapolis, MN 55402-4609** | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO. <br> **Benjamin, Bain & Howard, LLC** <br> **P.O. Box 370509** <br> **Denver, CO 80237-0509** | | | Club at Brightwater LLC vendor account - legal services provided | X | X | X | 1,305.64 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. <u>  1  </u> of <u>  39  </u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                                 (Total of this page)  $ **113,485.64**

                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F)(12/07) - Cont.

IN RE Clearwater Development, Inc.      Case No. _____
_____    (If known)
    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bette Hagan<br>6955 Brandon Mill Road<br>Atlanta, GA 30328 | | | Refundable membership in The Club at Brightwater. | X | X | | 70,000.00 |
| ACCOUNT NO.<br>Beyond Creative, Inc.<br>P.O. Box 1023<br>Eagle, CO 81631 | | | Vendor accounts payable. | | | | 5,993.00 |
| ACCOUNT NO.<br>Biancas Home Care<br>P.O. Box 4741<br>Edwards, CO 81632 | | | Vendor accounts payable. | | | | 37.50 |
| ACCOUNT NO.<br>Blakeslee Advertising & Marketing<br>916 North Charles Street<br>Baltimore, MD 21201 | | | Vendor accounts payable - provided advertising services in 2008. | | | | 183,585.48 |
| ACCOUNT NO.<br>Bob And Cindy McCreedy<br>49 Cherry Hills Farm Drive<br>Cherry Hills Village, CO 80113 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Bob And Janet Bigelow<br>1075 East Radcliffe Avenue<br>Englewood, CO 80113 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Bob And Mary Shaw<br>745 East Woodland Drive<br>Lake Forest, IL 60045 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. __2__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 419,615.98

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Clearwater Development, Inc. _____    Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Boyz Toyz & Sonz<br>P.O. Box 950<br>Eagle, CO 81631 | | | Club at Brightwater LLC vendor account. | X | X | X | 58.64 |
| ACCOUNT NO.<br><br>Brian And Paula Hughes<br>5504 West 66th Street<br>Edina, MN 55439 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>Brightwater Club POA<br>P.O. Box 993<br>Eagle, CO 81631 | | | Club at Brightwater LLC vendor account ($145,447.49)) Accrued Property Owner Association Dues owed by Debtor ($627,697.83) Debtor's accrued POA shared expenses ($55,552.55) | X | X | X | 828,697.87 |
| ACCOUNT NO.<br><br>Brightwater Club POA<br>C/O Robertson & Marchetti<br>28 Second Street, Ste 213<br>Edwards, CO 81632 | | | Assignee or other notification for: Brightwater Club POA | | | | |
| ACCOUNT NO.<br><br>Brightwater Club Property Owners Assoc<br>C/O Orten Cavanagh Richmond & Holmes LLC<br>1445 Market St, Ste 350<br>Denver, CO 80202 | | | Assignee or other notification for: Brightwater Club POA | | | | |
| ACCOUNT NO.<br><br>Bronn Trucking, Inc.<br>P.O. Box 3578<br>Eagle, CO 81631 | | | Vendor accounts payable. | | | | 3,298.53 |
| ACCOUNT NO.<br><br>Bruce And Gail Richards<br>13741 3rd Avenue, N.W.<br>Seattle, WA 98177 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. ___3___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 932,055.04

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____     Case No. _____
               Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bruce Godfrey<br>2323 5th Street Berkeley<br>Berkeley, CA  94710 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Burk & Company<br>10076 East Caley Place<br>Englewood, CO  80111-5604 | | | Vendor accounts payable. | | | | 1,200.00 |
| ACCOUNT NO.<br>Burns, Figa & Will PC<br>6400 S. Fiddlers Green Circle, Suite 10<br>Greenwood Village, CO  80111-5604 | | | Vendor accounts payable - legal fees | | | | 1,582.20 |
| ACCOUNT NO.<br>Bushnell Outdoor Products<br>1551 Paysphere Circle<br>Chicago, IL  60674-1551 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,238.02 |
| ACCOUNT NO.<br>C&C Plumbing & Mechanical<br>P.O. Box 2294<br>Gypsum, CO  81637 | | | Vendor accounts payable. | | | | 190.00 |
| ACCOUNT NO.<br>C&C Plumbing & Mechanical<br>P.O. Box 2294<br>Gypsum, CO  81637 | | | Club at Brightwater LLC vendor account. | X | X | X | 552.48 |
| ACCOUNT NO.<br>California Imprimis Investments LLC<br>C/O Hans Imhof<br>18241 W McDurmott St, Ste A<br>Irvine, CA  92614 | | | Loan to Debtor | | | | 58,895.10 |

Sheet no. ____4____ of ____39____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   113,657.80

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Clearwater Development, Inc.</u>                                    Case No. _____
                        Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Callaway Golf Company<br>P.O. Box 9002<br>Carlsbad, CA 92018-9002 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,062.38 |
| ACCOUNT NO.<br>Carl And Dianne Luppens<br>One South Dahlia Street<br>Denver, CO 80246 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Casey Wyse<br>P.O. Box 1837<br>Avon, CO 81620 | | | Vendor accounts payable. | | | | 2,341.90 |
| ACCOUNT NO.<br>CenturyLink<br>P.O. Box 126<br>Casco, WI 54205-0126 | | | Vendor accounts payable. | | | | 170.55 |
| ACCOUNT NO.<br>CenturyTel Of Eagle, Inc.<br>P.O. Box 4800<br>Lacrosse, WI 54602-4800 | | | Vendor accounts payable. | | | | 225.03 |
| ACCOUNT NO.<br>Charlie Taylor<br>6443 North Business Loop Road<br>Park City, UT 84098 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>Chris And Anne Gunion<br>4284 Columbind Drive, Unit E<br>Vail, CO 81657 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. ____5____ of ____39____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 113,799.86

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Clearwater Development, Inc.</u>                                    Case No. _____
              <span style="font-size:small">Debtor(s)</span>                                                              <span style="font-size:small">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chris And Rachael Travis<br>P.O. Box 5214<br>Gypsum, CO 81637 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>Chris And Susan Chase<br>24241 Cascades Drive<br>Laguna Niguel, CA 92667 | | | Refundable membership in The Club at Brightwater. | X | X | | 100,000.00 |
| ACCOUNT NO.<br>Cleveland Golf<br>P.O. Box 7270<br>Newport Beach, CA 92658-7270 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,117.17 |
| ACCOUNT NO.<br>Collett Enterprises, Inc.<br>P.O. Box 439<br>Gypsum, CO 81637 | | | Vendor accounts payable. | | | | unknown |
| ACCOUNT NO.<br>Colorado Golf & Turf, Inc.<br>11757 South Wadsworth Blvd.<br>Littleton, CO 80125 | | | Club at Brightwater LLC vendor account. | X | X | X | 350.44 |
| ACCOUNT NO.<br>Colorado Secretary Of State<br>Notary Division<br>Denver, CO 80202 | | | Vendor accounts payable. | | | | 10.00 |
| ACCOUNT NO.<br>Colorado Secretary Of State<br>Notary Division<br>Denver, CO 80202 | | | Club at Brightwater LLC vendor account. | X | X | X | 10.00 |

Sheet no. ___6___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 101,487.61

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 

<span style="writing-mode:vertical">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

IN RE Clearwater Development, Inc. _____    Case No. _____

          Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Comcast Cable<br>P.O. Box 34744<br>Seattle, WA 98124-1744 | | | Club at Brightwater LLC vendor account. | X | X | X | 671.70 |
| ACCOUNT NO.<br>Community Consultants, LLC<br>4000 Gypsum Creek Road<br>Gypsum, CO 81637 | | | Vendor accounts payable. | | | | 940.71 |
| ACCOUNT NO.<br>Compression Leasing Services, Inc.<br>P.O. Box 1629<br>Casper, WY 82602 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,425.00 |
| ACCOUNT NO.<br>Creative Results Consulting<br>P.O. Box 853<br>Basalt, CO 81621 | | | Vendor accounts payable. | | | | unknown |
| ACCOUNT NO.<br>CRWCD Enterprise Fund<br>P.O. Box 1120<br>Glenwood Springs, CO 81602-1120 | | | Vendor accounts payable. | | | | 7,648.03 |
| ACCOUNT NO.<br>CT Corporation System<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 | | | Vendor accounts payable. | | | | 358.00 |
| ACCOUNT NO.<br>Dan And Shellie Graf<br>6713 East Wildcat Drive<br>Cave Creek, AZ 85331 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |

Sheet no. ___7___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
                               (Total of this page)   $   71,043.44

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____    Case No. _____
                    Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dan And Suzanne Hoffman<br>P.O. Box 4045<br>Avon, CO 81620 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Darrel And Kathy Schmidt<br>9251 East Grand Avenue<br>Greenwood Village, CO 80111 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Dave And Bethann Corey<br>921 Sunset Hills Lane<br>Redlands, CA 92373-6964 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Dave Thibedeau<br>Stacy Gunderson<br>P.O. Box 4076<br>Avon, CO 81620 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>David M. And Willard M. Smith<br>7709 Carrleigh Parkway<br>Springfield, VA 22152 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>De Lage Landen Financial Services<br>Ref. No. 589610<br>Philadelphia, PA 19101-1601 | | | Vendor accounts payable. | | | | 2,963.53 |
| ACCOUNT NO.<br>Decorative Draperies & Beyond<br>P.O. Box 1280<br>Gypsum, CO 81637 | | | Club at Brightwater LLC vendor account. | X | X | X | 2,340.00 |

Sheet no. ___8___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 205,303.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc.                                      Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dick And Barbara Wenninger <br> 14000 Gypsum Creek Road <br> Gypsum, CO 81637 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO. <br> DirecTV <br> P.O. Box 78626 <br> Phoenix, AZ 85062-8626 | | | Vendor accounts payable. | | | | 17.69 |
| ACCOUNT NO. <br> Dish Network <br> Dept. 0063 <br> Palatine, IL 60055-0063 | | | Club at Brightwater LLC vendor account. | X | X | X | 130.00 |
| ACCOUNT NO. <br> Dominic And Ora DeMaria <br> 865 South Swallow Way <br> Anaheim Hills, CA 92807 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO. <br> Don And Colleen Romsa <br> 3225 Michigan Blvd. <br> Racine, WI 53402-3819 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO. <br> Don And Lynn Janklow <br> 2280 64th Avenue <br> Greeley, CO 80634 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO. <br> Don Dotson And Mary Palmtag <br> P.O. Box Box 4105 <br> Gypsum, CO 81637 | | | Refundable membership in The Club at Brightwater. | X | X | | 120,000.00 |

Sheet no. ___9___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    330,147.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dorothy J. Paul Annuity Trust<br>11404 E Imperial Hwy<br>Norwalk, CA 90650 | | | Past due lease payments due pursuant to lease of Carriage House Complex. | | | | 212,895.40 |
| ACCOUNT NO.<br>Doug And Vikki Buss<br>1099 Longbow Court<br>Oneida, WI 54155 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Eagle Valley Land Trust<br>P.O. Box 3308<br>Eagle, CO 81631-3308 | | | Vendor accounts payable. | | | | 5,800.00 |
| ACCOUNT NO.<br>Eagle Window Cleaning, Inc.<br>P.O. Box 8004<br>Avon, CO 81620 | | | Vendor accounts payable. | | | | 925.00 |
| ACCOUNT NO.<br>Eagle Window Cleaning, Inc.<br>P.O. Box 8004<br>Avon, CO 81620 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,908.13 |
| ACCOUNT NO.<br>Ecolab Pest Elimination<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 | | | Club at Brightwater LLC vendor account. | X | X | X | 550.50 |
| ACCOUNT NO.<br>Elyssa Sinclair<br>P.O. Box 6751<br>Avon, CO 81620 | | | Vendor accounts payable. | | | | 1,420.00 |

Sheet no. __10__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 273,499.03

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____    Case No. _____
                         Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EVP, Realty Management Group<br>P.O. Box 4660<br>Eagle, CO  81631 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br><br>EVP, Realty Management Group<br>0105 Edwards Village Blvd. #107<br>Edwards, CO  81632 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br><br>Fairfield And Woods, PC<br>1700 Lincoln Street<br>Denver, CO  80203-4524 | | | Vendor accounts payable. | | | | 11,504.55 |
| ACCOUNT NO.<br><br>Farhad And Nikkisa Abdollahi<br>6789 Quail Hill Parkway<br>Irvine, CA  92603-4233 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br><br>FEDEX<br>P.O. Box 94515<br>Palatine, IL  60094-4515 | | | Vendor accounts payable. | | | | unknown |
| ACCOUNT NO.<br><br>FEDEX<br>P.O. Box 94515<br>Palatine, IL  60094-4515 | | | Club at Brightwater LLC vendor account. | X | X | X | 15.73 |
| ACCOUNT NO.<br><br>Filterfresh Denver<br>2675 South Santa Fe Dr., Bldg. 6, E<br>Denver, CO  80223 | | | Club at Brightwater LLC vendor account. | X | X | X | 118.05 |

Sheet no. ___11___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
            (Total of this page) $ 71,638.33

                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____  Case No. _____
                   Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>First Data Global Leasing<br>1307 Walt Whitman Road<br>Melville, NY 11747 | | | Vendor accounts payable - lease of credit card processing equipment | | | | 49.80 |
| ACCOUNT NO.<br><br>First Data Merchant Services<br>5251 Westheimer Rd.<br>Houston, TX 77056-5404 | | | Club at Brightwater LLC vendor account. | X | X | X | 163.91 |
| ACCOUNT NO.<br><br>First Insurance Funding Corp.<br>P.O. Box 66468<br>Chicago, IL 60666-0468 | | | Club at Brightwater LLC vendor account. | X | X | X | 3,968.48 |
| ACCOUNT NO.<br><br>Flagstar Bank FBS<br>5151 Corporate Drive<br>Troy, MI 48098 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br><br>Flo-Controls, Inc.<br>P.O. Box 1332<br>Englewood, CO 80150 | | | Vendor accounts payable. | | | | 1,506.97 |
| ACCOUNT NO.<br><br>Footjoy<br>P.O. Box 88111<br>Chicago, IL 60695-1111 | | | Club at Brightwater LLC vendor account. | X | X | X | 2,327.04 |
| ACCOUNT NO.<br><br>Frank And Kelley Bontompo<br>P.O. Box 3895<br>Eagle, CO 81631 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. __12__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal (Total of this page) | $ 58,016.20

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____    Case No. _____
                  Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Frederick Stutz <br> 1824 Shadow Knolls Place <br> El Cajon, CA 92020-8440 | | | Refundable membership in The Club at Brightwater. | X | X | | 100,000.00 |
| ACCOUNT NO. <br> Garrett And Faith Spitz Smith <br> 3417 Courtyard Circle <br> Farmers Branch, TX 75234-3777 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO. <br> Gear For Sports, Inc. <br> 12193 Collection Center Drive <br> Chicago, IL 60693 | | | Club at Brightwater LLC vendor account. | X | X | X | 2,126.81 |
| ACCOUNT NO. <br> Gene Colin <br> 7433 Fifth Avenue South <br> Seattle, WA 98108-0867 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO. <br> Geoff And Valerie Feams <br> 2752 Meredity Street <br> Orange, CA 92867 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO. <br> GHP Horwath <br> 1670 Broadway, Suite 300 <br> Denver, CO 80202 | | | Vendor accounts payable. | | | | 7,639.14 |
| ACCOUNT NO. <br> Giesen/Kenny, PA <br> 16017 North Florida Avenue, Suite 116 <br> Lutz, FL 33549 | | | Club at Brightwater LLC vendor account. | X | X | X | 4,760.00 |

Sheet no. __13__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                  (Total of this page)  $ **224,525.95**

                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____ Case No. _____
_____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Glenn And Julie Thurston<br>P.O. Box 1023<br>Eagle, CO 81631 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br><br>Glenwood Radiator<br>6690 Highway 82<br>Glenwood Springs, CO 81601 | | | Club at Brightwater LLC vendor account. | X | X | X | 171.63 |
| ACCOUNT NO.<br><br>Golf Enviro Systems, Inc.<br>P.O. Box 49039<br>Colorado Springs, CO 80907 | | | Club at Brightwater LLC vendor account. | X | X | X | unknown |
| ACCOUNT NO.<br><br>Golf Scorecards, Inc.<br>9735 SW Sunshine Court, Suite 700<br>Beaverson, OR 97005 | | | Club at Brightwater LLC vendor account. | X | X | X | 402.40 |
| ACCOUNT NO.<br><br>Golf Solutions I, LLC<br>Dba Laser Link Golf<br>4027 Owl Creek Drive<br>Madison, WI 53718 | | | Club at Brightwater LLC vendor account. | X | X | X | 672.04 |
| ACCOUNT NO.<br><br>Grainger<br>Dept. 868360199<br>Kansas City, MO 64141-6267 | | | Vendor accounts payable. | | | | 2,843.40 |
| ACCOUNT NO.<br><br>Greg And Stacey Renker<br>5959 Topanga Canyon Blvd.<br>Woodland Hills, CA 91367 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. __14__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 54,089.47

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

IN RE Clearwater Development, Inc.                                    Case No. _____
_____
                    Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Greg Norman Collection, Inc.<br>P.O. Box 601898<br>Charlotte, NC  28260-1898 | | | Club at Brightwater LLC vendor account. | X | X | X | 380.58 |
| **ACCOUNT NO.**<br>Guaranty Bank & Trust Co.<br>P.O. Box 5847<br>Denver, CO  80217-5847 | | | Vendor accounts payable. | | | | 4,960.36 |
| **ACCOUNT NO. 46xxxx9001**<br>Guaranty Bank & Trust Co.<br>PO Box 5847<br>Denver, CO  80217-5847 | X | | Commercial Loan | | | | 753,042.97 |
| **ACCOUNT NO.**<br>Gunter Mussman<br>P.O. Box 3149<br>Vail, CO  81658 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| **ACCOUNT NO.**<br>Gypsum Fire Protection District<br>P.O. Box 243<br>Gypsum, CO  81637 | | | Vendor accounts payable. | | | | 0.60 |
| **ACCOUNT NO.**<br>Gypsum Partners<br>P.O. Box 1856<br>Palm Desert, CA  92261 | | | Vendor accounts payable. | | | | 5,026.45 |
| **ACCOUNT NO.**<br>Gypsum Partners, LLC<br>4000 Gypsum Creek Road<br>Gypsum, CO  81637 | | | Loan to Debtor - $4,426,675.48<br>Vendor account payable - $5,026.45 | | | | 4,431,701.93 |

Sheet no. __15__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 5,195,112.89

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____    Case No. _____
                                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gypsum Partners, LLC<br>PO Box 1856<br>Palm Desert, CA  92261 | | | Assignee or other notification for:<br>Gypsum Partners, LLC | | | | |
| ACCOUNT NO.<br><br>Habib And Maria Shams<br>3452 Majestic Drive<br>Rocklin, CA  95765 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br><br>Hans And Valerie Imhof<br>18241 West McDurmott Suite A<br>Irvine, CA  92614 | | | Refundable membership in The Club at Brightwater. | X | X | | 120,000.00 |
| ACCOUNT NO.<br><br>Hans Imhof<br>1340 Reynolds Avenue #116<br>Irvine, CA  92614 | | | Vendor accounts payable ($4,293.02)<br>Loans to Debtor - ($1,955,368.53). | | | | 1,959,661.55 |
| ACCOUNT NO.<br><br>Hansen & Company<br>4155 East Jewell Avenue, Suite 1016<br>Denver, CO  80222 | | | Vendor accounts payable. | | | | 265.00 |
| ACCOUNT NO.<br><br>Heath And Becky Talbot<br>P.O. Box 1181<br>Gypsum, CO  81637 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>Holland & Hart, LLP<br>P.O. Box 17283<br>Denver, CO  80217-0283 | | | Vendor accounts payable - legal services relating to water rights | | | | 23,990.51 |

Sheet no. ___16___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,153,917.06

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc.            Case No. _____

           Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Holy Cross Energy<br>P.O. Box 2150<br>Glenwood Springs, CO 81602-2150 | | | Vendor accounts payable. | | | | 973.42 |
| ACCOUNT NO.<br>Home Depot Credit Services<br>Dept. 32-2534335926<br>P.O. Box 6031<br>The Lakes, NV 88901-6031 | | | Club at Brightwater LLC vendor account. | X | X | X | unknown |
| ACCOUNT NO.<br>HR Plus, Inc.<br>P.O. Box 2214<br>Eagle, CO 81637 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,249.80 |
| ACCOUNT NO.<br>Human Resources Plus, Inc.<br>P.O. Box 2214<br>Eagle, CO 81631 | | | Vendor accounts payable. | | | | 1,371.60 |
| ACCOUNT NO.<br>Hyatt & Stubblefield, PC<br>225 Peachtree Street NE Suite 1200<br>Atlanta, GA 30303 | | | Vendor accounts payable. | | | | 3,602.71 |
| ACCOUNT NO.<br>Ian Hause<br>20 Clearwater Drive<br>Carbondale, CO 81623 | | | Club at Brightwater LLC vendor account. | X | X | X | unknown |
| ACCOUNT NO.<br>Impact Graphics And Signs<br>P.O. Box 2574<br>Edwards, CO 81632 | | | Vendor accounts payable. | | | | 2,512.75 |

Sheet no. __17__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
          (Total of this page)   $   9,710.28

          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) Cont.

IN RE Clearwater Development, Inc. _____ Case No. _____
    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Impact Graphics And Signs<br>P.O. Box 2574<br>Edwards, CO 81632 | | | Club at Brightwater LLC vendor account. | X | X | X | 2,362.75 |
| ACCOUNT NO.<br><br>Imperial Headwear, Inc.<br>1086 Payshpere Circle<br>Chicago, IL 60674 | | | Club at Brightwater LLC vendor account. | X | X | X | 2,837.86 |
| ACCOUNT NO.<br><br>Imprimis Corp.<br>P.O. Box 1856<br>Palm Desert, CA 92261 | | | Vendor accounts payable - management services provided<br>Refundable membership in The Club at Brightwater - $210,000 | | | | 421,721.29 |
| ACCOUNT NO.<br><br>Integrated Business Systems<br>12201 Gayton Road, Suite 100<br>Richmond, VA 23238 | | | Club at Brightwater LLC vendor account. | X | X | X | 769.41 |
| ACCOUNT NO.<br><br>Ist Net Real Estate Services<br>3333 S. Wadsworth Blvd., Suite 200<br>Lakewood, CO 80027 | | | Vendor accounts payable. | | | | 5,700.00 |
| ACCOUNT NO.<br><br>Jack And Connie Aplin<br>60 Corporate Park, Suite 100<br>Irvine, CA 92606 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>James C. Higgins<br>81075 Legends Way<br>La Quinta, CA 92253 | | | Vendor accounts payable - management/consulting services incurred 2009 | | | | 23,526.39 |

Sheet no. __18__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 506,917.70

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Clearwater Development, Inc. _____   Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jay And Deborah Harper<br>400 Woodland Drive<br>Pauls Valley, OK  73075 | | | Refundable membership in The Club at Brightwater. | X | X | | 140,000.00 |
| ACCOUNT NO.<br>JC Golf Accessories<br>3602 South Jason Street<br>Englewood, CO  80110 | | | Vendor accounts payable. | | | | 189.23 |
| ACCOUNT NO.<br>Jeff And Karen Brode<br>P.O. Box 4284<br>Gypsum, CO  81637 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Jeff Koch<br>P.O. Box 10<br>Vail, CO  81658 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Jill Price<br>49155 Casa Del Rio<br>La Quinta, CA  92253 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Jim Adams<br>P.O. Box 4377<br>Eagle, CO  81631 | | | Vendor accounts payable. | | | | 1,312.50 |
| ACCOUNT NO.<br>Jim And Anne Higgins<br>81075 Legends Way<br>La Quinta, CA  92253 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. __19__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  341,501.73

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____     Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jim And Isabella Benjamin<br>7315 Orchard Road #400<br>Greenwood Village, CO  80111 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>Jim And Mary Kay Mosch<br>15 Stoddard Court<br>Sparks, MD  21152 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>Jim Murton<br>10330 SW 59 Avenue<br>Miami, FL  33156 | | | Refundable membership in The Club at Brightwater. | X | X | | 120,000.00 |
| ACCOUNT NO.<br><br>Joe And Janice Spencer<br>3820 Log Trail Way<br>Reisterstown, MD  21136 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>John And Barbara Cottam<br>P.O. Box 910<br>Taos, NM  87571-0910 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br><br>John And Doris Kirchner<br>P.O. Box 207<br>McCoy, CO  80463 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>John And Kathy Nichols<br>P.O. Box 1803<br>Avon, CO  81620 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |

Sheet no. __20__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 380,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE Clearwater Development, Inc. _____   Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>John Munneke<br>36 West Memorial Road, Suite B9<br>Oklahoma City, OK 73114 | | | Refundable membership in The Club at Brightwater. | X | X | | 100,000.00 |
| ACCOUNT NO.<br>John W. Hearn, Jr.<br>4811 Kaimoku Way<br>Honolulu, HI 96821 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Jose And Mary Armario<br>415 South Park Avenue<br>Hinsdale, IL 60521 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Judicial Arbiter Group, Inc.<br>1601 Blake Street, Suite 400<br>Denver, CO 80202 | | | Vendor accounts payable. | | | | 1,627.50 |
| ACCOUNT NO.<br>Justin And Kerry Roach<br>P.O. Box 5138<br>Eagle, CO 81631 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Karl And Joan Mosch<br>P.O. Box 683478<br>Park City, UT 84068 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Knudsen Law Office<br>2280 Market Street, Suite 300<br>Riverside, CA 92501 | | | Vendor accounts payable. | | | | 4,387.50 |

Sheet no. __21__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 316,015.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Clearwater Development, Inc. _____   Case No. _____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>L. Hatle Trust<br>PO Box 1856<br>Palm Desert, CA  92261 | | | Note payable - $301,964.76<br>Refundable membership in The Club at Brightwater - $50,000 | | | | 351,964.76 |
| ACCOUNT NO.<br><br>L.L. Johnson Dist. Co.<br>Department 1110<br>Denver, CO  80256-1110 | | | Vendor accounts payable. | | | | 1,345.69 |
| ACCOUNT NO.<br><br>Laff Campbell Tucker & Gordon<br>7730 East Belleview Avenue<br>Greenwood Village, CO  80111-2616 | | | Vendor accounts payable. | | | | 1,495.51 |
| ACCOUNT NO.<br><br>Land Stewardship Consultants Inc.<br>2941 20th Street<br>Boulder, CO  80304 | | | Vendor accounts payable. | | | | 810.00 |
| ACCOUNT NO.<br><br>Landmark Golf Course Products<br>W184 S8425 Challenger Drive<br>Muskego, WI  53150 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,815.11 |
| ACCOUNT NO.<br><br>Landscape Technology Group<br>P.O. Box 5147<br>Vail, CO  81658 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,286.21 |
| ACCOUNT NO.<br><br>Larry And Susan Boothby<br>4270 South Bellaire Circle<br>Englewood, CO  80113 | | | Refundable membership in The Club at Brightwater. | X | X | | 120,000.00 |

Sheet no. __22__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 478,717.28

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc.             Case No. _____
                Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Larry Rodgers Design Group Inc. <br> 8055 West Hampden Avenue <br> Lakewood, CO 80227 | | | Vendor accounts payable. | | | | 337.50 |
| ACCOUNT NO. <br><br> Laser Ink/Vail & Summit Menu Collection <br> P.O. Box 239 <br> Gypsum, CO 81637 | | | Club at Brightwater LLC vendor account. | X | X | X | 250.00 |
| ACCOUNT NO. <br><br> Leslie And Faith Lerner <br> 475 Split Rock Road <br> Syossest, NY 11791 | | | Refundable membership in The Club at Brightwater. | X | X | | 120,000.00 |
| ACCOUNT NO. <br><br> Linebarger Googan Blair & Simp <br> P.O. Box 44309 <br> Denver, CO 80201-4309 | | | Vendor accounts payable. | | | | 148.00 |
| ACCOUNT NO. <br><br> LL Johnson Dist. Co. <br> Department 1110 <br> Denver, CO 80256-1110 | | | Club at Brightwater LLC vendor account. | X | X | X | 7,354.02 |
| ACCOUNT NO. <br><br> Lombardi Brothers Meats <br> P.O. Box 11277 <br> Denver, CO 80211 | | | Club at Brightwater LLC vendor account. | X | X | X | 481.80 |
| ACCOUNT NO. <br><br> Lowes Home Center <br> P.O. Box 530970 <br> Atlanta, GA 30353-0970 | | | Club at Brightwater LLC vendor account. | X | X | X | 325.97 |

Sheet no. __23__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                         Subtotal
                               (Total of this page)   $   128,897.29

                                             Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____     Case No. _____
                        Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lyle And Julie Williamson<br>261 South Reeves, Apt. Ph/3<br>Beverly Hills, CA 90212 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Mahesh, Nayan, Sailesh Patel<br>8650 155th Place North<br>Palm Beach Gardens, FL 33418 | | | Refundable membership in The Club at Brightwater. | X | X | | 110,000.00 |
| ACCOUNT NO.<br>Malcolm Gray<br>11407 St. Germain Way<br>Houston, TX 77082 | | | Refundable membership in The Club at Brightwater. | X | X | | 260,000.00 |
| ACCOUNT NO.<br>Mansfield Electric Inc.<br>P.O. Box 1133<br>Gypsum, CO 81637 | | | Vendor accounts payable. | | | | 119.00 |
| ACCOUNT NO.<br>Marc And Marci Thomas<br>2438 Keystone Drive<br>Evergreen, CO 80439 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Mark & Karen Godfrey<br>1760 San Luis Drive<br>San Luis Obispo, CA 93401 | | | Club at Brightwater LLC vendor account - lease payments owed relating the lease of a model home. | X | X | X | 32,500.00 |
| ACCOUNT NO.<br>Mark And Barbara Scrivens<br>P.O. Box 3413<br>Eagle, CO 81631 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. __24__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 552,619.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Clearwater Development, Inc.                                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mark And Karen Godfrey<br>1760 San Luis Drive<br>San Luis Obispo, CA 93401 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Mark David Design, Inc.<br>1130 E. Yale Avenue<br>Englewood, CO 80110 | | | Vendor accounts payable. | | | | 10,064.14 |
| ACCOUNT NO.<br>Mark David Design, Inc.<br>1130 E. Yale Avenue<br>Englewood, CO 80110 | | | Club at Brightwater LLC vendor account. | X | X | X | 45.42 |
| ACCOUNT NO.<br>Markit Golf<br>1496 Business Park Drive Suite B<br>Traverse City, MI 49686 | | | Club at Brightwater LLC vendor account. | X | X | X | 39.12 |
| ACCOUNT NO.<br>Maynard And Alison Knapp<br>315 West Oak Street, Suite 704<br>Fort Collins, CO 80521 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Maynard And Kathleen Holt<br>6340 Brompton Road<br>Houston, TX 77005 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>McPhilomy Commercial Products Company<br>5098 Paris Street<br>Denver, CO 80239 | | | Club at Brightwater LLC vendor account. | X | X | X | 4,541.82 |

Sheet no. __25__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 114,690.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____   Case No. _____
                                     Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Michael And Connie Bringard<br>9701 Chylene Drive<br>Sandy, UT 84092 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Michael And Lynette Davis<br>1560 Virginia Avenue<br>Glendale, CA 91202-1244 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Mike And Sue Rushmore<br>5 Vale Close<br>London, England, W9 1RR | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Mike Larsen<br>1881 Prospector Avenue<br>Park City, UT 84060 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Mike Mahmoodi<br>1829 Chastain Parkway East<br>Pacific Palisades, CA 90272 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Mile High Chapter CMAA<br>P.O. Box 350667<br>Westminster, CO 80035-0667 | | | Club at Brightwater LLC vendor account. | X | X | X | 275.00 |
| ACCOUNT NO.<br>Mile High Turfgrass, LLC<br>P.O. Box 2124<br>Evergreen, CO 80437 | | | Club at Brightwater LLC vendor account. | X | X | X | 2,151.33 |

Sheet no. 26 of 39 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 302,426.33

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____     Case No. _____
          Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mitchell Coleman<br>15942 Los Serranos Ctry Club, Suite D-40<br>Chino Hills, CA 91709 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Modular Space Corporation<br>12603 Collections Center Drive<br>Chicago, IL 60693-0126 | | | Vendor accounts payable. | | | | 6,709.83 |
| ACCOUNT NO.<br>Mountain Equipment<br>2407 Weslo Avenue<br>Grand Junction, CO 81505 | | | Club at Brightwater LLC vendor account. | X | X | X | 278.78 |
| ACCOUNT NO.<br>Nebraska National Bank<br>Box 397<br>Kearney, NE 68848-0397 | | | Club at Brightwater LLC vendor account | X | X | X | 25,871.07 |
| ACCOUNT NO.<br>Nebraska National Bank<br>3110 Second Avenue<br>Kearney, NE 68847 | | | Assignee or other notification for:<br>Nebraska National Bank | | | | |
| ACCOUNT NO.<br>Nike USA, Inc.<br>P.O. Box 847648<br>Dallas, TX 75284-7648 | | | Club at Brightwater LLC vendor account. | X | X | X | 114.02 |
| ACCOUNT NO.<br>Nola & Ron Dyal & Holcomb<br>P.O. Box 1565<br>La Quinta, CA 92253 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. __27__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 132,973.70

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Clearwater Development, Inc.</u>            Case No. _____

Debtor(s)                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Northridge Investors**<br>PO Box 1856<br>Palm Desert, CA 92261 | | | Loan to Debtor | | | | unknown |
| ACCOUNT NO.<br>**Obert And Julie Nelson**<br>4406 Lively Lane<br>Dallas, TX 75220 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>**Orval A. Paul Annuity Trust**<br>11404 E. Imperial Hwy<br>Norwalk, CA 90650 | | | Past due lease payments pursuant to lease of Carriage House Complex. | | | | 212,895.40 |
| ACCOUNT NO.<br>**Orval And Dorothy Paul**<br>11404 East Imperial Highway<br>Norwalk, CA 90650 | | | Refundable membership in The Club at Brightwater. | X | X | | 330,000.00 |
| ACCOUNT NO.<br>**Patricia F. Julin**<br>P.O. Box 3303<br>Copper Mountain, CO 80443 | | | Vendor accounts payable. | | | | 1,285.00 |
| ACCOUNT NO.<br>**Paul Family Investment Trust**<br>C/O Steven C. Paul, Trustee<br>11404 E. Imperial Hwy.<br>Norwalk, CA 90650 | | | 6 separate loans to Debtor | | | | 11,751,685.02 |
| ACCOUNT NO.<br>**Peri Marketing & Public Relations, Inc.**<br>1777 Larimer Street, Suite 1202<br>Denver, CO 80202 | | | Club at Brightwater LLC vendor account - marketing and advertising services rendered | X | X | X | 58,227.38 |

Sheet no. __28__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   12,414,092.80

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____   Case No. _____
                 Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ping** P.O. Box 52450 Phoenix, AZ 85071-2450 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,399.82 |
| ACCOUNT NO. **Pinnacle Water, Inc.** 1629-A Delores Way Carbondale, CO 81623 | | | Club at Brightwater LLC vendor account. | X | X | X | 339.35 |
| ACCOUNT NO. **Premium Financing Specialists** 601 S. Glenoaks Blvd., Suite 403 Burbank, CA 91502 | | | Vendor accounts payable - financing of insurance premium payments. | | | | 16,142.00 |
| ACCOUNT NO. **Premium Financing Specialists** 601 S. Glenoaks Blvd., Suite 403 Burbank, CA 91502 | | | Club at Brightwater LLC vendor account. | X | X | X | 34,561.52 |
| ACCOUNT NO. **Present Time LLC** 2443 Fillmore Street #322 San Francisco, CA 94115 | | | Club at Brightwater LLC vendor account. | X | X | X | 412.59 |
| ACCOUNT NO. **Prize Possessions** 340R Vanderbilt Ave. Norwood, MA 02062 | | | Club at Brightwater LLC vendor account. | X | X | X | 359.20 |
| ACCOUNT NO. **Prudential Colorado Properties** 4000 Gypsum Creek Road Gypsum, CO 81637 | | | Vendor accounts payable. | | | | 1,458.50 |

Sheet no. __29__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  54,672.98

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____   Case No. _____
               Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Quinn Tamm<br>P.O. Box 991<br>La Quinta, CA 92247 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>Ralph And Mary Wilkerson<br>57 Blue Heron Drive<br>Thornton, CO 80241 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>Ramin Ghazi<br>27611 Kathy Court<br>Laguna Niguel, CA 92677 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br><br>Rampart Holdings, LLC<br>4000 Gypsum Creek Road<br>Gypsum, CO 81637 | | | Loan to Debtor | | | | 3,844,006.16 |
| ACCOUNT NO.<br><br>Rampart Holdings, LLC<br>PO Box 1856<br>Palm Desert, CA 92261 | | | Assignee or other notification for: Rampart Holdings, LLC | | | | |
| ACCOUNT NO.<br><br>Randy And Cherly Byrnes<br>7 Summerset Circle<br>Greenwood Village, CO 80111 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br><br>Rechlitz Law Firm P.C.<br>116 Inverness Drive, East<br>Englewood, CO 80112 | | | Vendor accounts payable. | | | | 720.00 |

Sheet no. ___30___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4,064,726.16

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____    Case No. _____

_____    _____
Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rechlitz Law Firm P.C.<br>116 Inverness Drive, East<br>Englewood, CO 80112 | | | Club at Brightwater LLC vendor account. | X | X | X | 2,010.00 |
| ACCOUNT NO.<br>Resource Engineering, Inc.<br>909 Colorado Avenue<br>Glenwood Springs, CO 81601 | | | Vendor accounts payable. | | | | 0.93 |
| ACCOUNT NO.<br>Rick Hermes<br>P.O. Box 2633<br>Edwards, CO 81632 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>Rick Hermes Retreat Developers<br>Comm. Concepts<br>P.O. Box 1106<br>Eagle, CO 81631 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>Rob & Jo Sterling<br>4043 Carnoustie Lane<br>Charlotte, NC 28210 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>Robert Melun<br>1165 South Pannsylvania Street, Ste. 110<br>Denver, CO 80210 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>Rocky Mountain Re-Veg<br>P.O. Box 4400<br>Gypsum, CO 81637 | | | Vendor accounts payable. | | | | 19,947.60 |

Sheet no. ___31___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    21,958.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____ Case No. _____
                  Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Roger And Jackie Sherwood <br> 5240 Heather Lane <br> Park City, UT 84098 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO. <br> Roth Carney Knudsen LLP <br> 3850 Vine Street, Suite 240 <br> Riverside, CA 92507 | | | Vendor accounts payable. | | | | unknown |
| ACCOUNT NO. <br> RTP Technical Services <br> P.O. Box 8890 <br> Avon, CO 81620 | | | Vendor accounts payable. | | | | 4,360.93 |
| ACCOUNT NO. <br> Russ And Lori Hatle L. Hatle Trust <br> P.O. Box 1856 <br> Palm Desert, CA 92261 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO. <br> Russ E. Hatle <br> PO Box 1856 <br> Palm Desert, CA 92261 | | | Vendor accounts payable. | | | | 36.10 |
| ACCOUNT NO. <br> Russell And Tasha Alexander <br> 740 Greenway Drive <br> Coppell, TX 75019 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO. <br> Sakocius Management Group <br> 5399 Ona Road <br> Cascade, CO 80809 | | | Vendor accounts payable. | | | | 2,270.45 |

Sheet no. __32__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 156,667.48

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____  Case No. _____
                    Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Saliesh And Bhavna Patel<br>8584 155th Place North<br>Palm Beach Gardens, FL  33418 | | | Refundable membership in The Club at Brightwater. | X | X | | 120,000.00 |
| ACCOUNT NO.<br><br>San Isabel Telecom, Inc.<br>570 Lindbergh Drive<br>Gypsum, CO  81637 | | | Vendor accounts payable. | | | | 232.99 |
| ACCOUNT NO.<br><br>Seattle Fish Company<br>6211 East 42nd Avenue<br>Denver, CO  80216 | | | Club at Brightwater LLC vendor account. | X | X | X | 119.33 |
| ACCOUNT NO.<br><br>Seeding The Rockies<br>P.O. Box 693<br>Gypsum, CO  81637 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,235.00 |
| ACCOUNT NO.<br><br>Shirley Gray<br>78601 Deacon Drive E<br>La Quinta, CA  92253 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br><br>Simplot Partners<br>Dept. #1136<br>Los Angeles, CA  90084-1136 | | | Club at Brightwater LLC vendor account. | X | X | X | 81.00 |
| ACCOUNT NO.<br><br>Source Gas<br>P.O. Box 660474<br>Dallas, TX  75266-0474 | | | Vendor accounts payable. | | | | 833.62 |

Sheet no. __33__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  122,501.94

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____   Case No. _____
                    Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Source Gas<br>P.O. Box 660474<br>Dallas, TX 75266-0474 | | | Club at Brightwater LLC vendor account. | X | X | X | unknown |
| ACCOUNT NO.<br>Special Assets Group<br>P.O. Box 3108<br>Portland, OR 97204 | | | Refundable membership in The Club at Brightwater. | X | X | | unknown |
| ACCOUNT NO.<br>Steve And Betty Clarke<br>345 Franklin Street<br>Denver, CO 80218 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO.<br>Steve And Valerie Stanczak<br>9 Cambridge Court<br>Rancho Mirage, CA 92270 | | | Refundable membership in The Club at Brightwater. | X | X | | 110,000.00 |
| ACCOUNT NO.<br>Taylor & Taylor Architectual<br>7975 Bogey Avenue<br>Hemet, CA 92545 | | | Vendor accounts payable. | | | | 3,745.00 |
| ACCOUNT NO.<br>Taylormade Golf Company, Inc.<br>File 56431<br>Los Angeles, CA 90074-6431 | | | Club at Brightwater LLC vendor account. | X | X | X | 1,184.56 |
| ACCOUNT NO. 30005019001<br>Textron Financial<br>PO Box 308<br>Wichita, KS 67201-0308 | | | Damages resulting from breach of lease of golf and grounds equipment | | | | unknown |

Sheet no. __34__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 174,929.56

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Clearwater Development, Inc. _____ Case No. _____
        Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Textron Financial Corporation<br>Captive Finance - Alpharetta<br>11575 Great Oaks Way<br>Alpharetta, GA  30022 | | | Assignee or other notification for:<br>Textron Financial | | | | |
| ACCOUNT NO.<br>The Club At Brightwater, LLC<br>4000 Gypsum Creek Road<br>Gypsum, CO  81637 | | | Vendor accounts payable. | | | | 7,078.20 |
| ACCOUNT NO.<br>The Insco Dico Group<br>P.O. Box 19725<br>Irvine, CA  92623 | | | Vendor accounts payable. | | | | 8,869.00 |
| ACCOUNT NO.<br>Titleist<br>P.O. Box 88112<br>Chicago, IL  60695-1112 | | | Club at Brightwater LLC vendor account. | X | X | X | 5,693.48 |
| ACCOUNT NO.<br>Todd And Sherri Thomas<br>1417 White Hawk Ranch Drive<br>Boulder, CO  80303 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Todd Thomas<br>1417 White Hawk Ranch Drive<br>Boulder, CO  80303 | | | Loan to Debtor | | | | 1,030,500.00 |
| ACCOUNT NO.<br>Tom And Susan Washing<br>P.O. Box 9670<br>Avon, CO  81620 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |

Sheet no. __35__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,152,140.68

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Clearwater Development, Inc.</u>                                    Case No. _____
                   Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Town Of Gypsum<br>P.O. Box 130<br>Gypsum, CO 81637-0130 | | | Vendor accounts payable. | | | | 36.21 |
| ACCOUNT NO.<br><br>Toyota Financial Services<br>P.O. Box 60114<br>City Of Industry, CA 91716-0114 | | | Vendor accounts payable. | | | | 1.60 |
| ACCOUNT NO.<br><br>U.S. Bank Commercial Loan<br>P.O. Box 790401<br>St. Louis, MO 63179-0401 | | | Vendor accounts payable. | | | | 10.00 |
| ACCOUNT NO.<br><br>U.S. Bank Visa Card<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | | | Vendor accounts payable. | | | | 5,475.86 |
| ACCOUNT NO.<br><br>UAP Distribution, Inc.<br>Division III<br>Dallas, TX 75284-7986 | | | Vendor accounts payable. | | | | 1,444.60 |
| ACCOUNT NO.<br><br>Unilink<br>P.O. Box 1150<br>Post Falls, ID 83877-1150 | | | Vendor accounts payable - amount incurred pursuant to rental of copier. | | | | 454.76 |
| ACCOUNT NO.<br><br>United Rentals Northwest, Inc.<br>File 51122<br>Los Angeles, CA 90074-1122 | | | Vendor accounts payable. | | | | 22.15 |

Sheet no. __36__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 7,445.18

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Clearwater Development, Inc. _____   Case No. _____
                 Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxx0026<br><br>US Bank<br>PO Box 790401<br>St Louis, MO  63179-0401 | X | | Commercial Loan | | | | 399,293.53 |
| ACCOUNT NO.<br><br>Catherine A. Hance, Esq.<br>David Graham & Stubbs, LLP<br>1550 17th Street, Suite 500<br>Denver, CO  80202 | | | Assignee or other notification for:<br>US Bank | | | | |
| ACCOUNT NO.<br><br>Peggy Carmichael<br>US Bank Special Assets Group<br>PO Box 3108<br>Portland, OR  97204 | | | Assignee or other notification for:<br>US Bank | | | | |
| ACCOUNT NO.<br><br>US Bank Visa<br>P.O. Box 790408<br>St. Louis, MO  63179-0408 | | | Club at Brightwater LLC vendor account. | X | X | X | 119.41 |
| ACCOUNT NO.<br><br>Victory And Richard Grund<br>48810 Via Linda<br>LaQuinta, CA  92253 | | | Refundable membership in The Club at Brightwater. | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>Vision Land Consultants, Inc.<br>603 Park Point Drive<br>Golden, CO  80401 | | | Vendor accounts payable. | | | | 1,910.00 |
| ACCOUNT NO.<br><br>Walsh Environmental<br>Dept. 1010<br>Denver, CO  80291-1010 | | | Vendor accounts payable. | | | | 7,328.06 |

Sheet no. __37__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 458,651.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc.           Case No. _____

               Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ward And Judy Bushnell**<br>**4638 95th Avenue NE**<br>**Bellevue, WA 98004** | | | Refundable membership in The Club at Brightwater. | X | X | | **50,000.00** |
| ACCOUNT NO.<br>**Waste Management**<br>**P.O. Box 78251**<br>**Phoenix, AZ 85062-8251** | | | Vendor accounts payable. | | | | **92.58** |
| ACCOUNT NO.<br>**Waste Management**<br>**P.O. Box 78251**<br>**Phoenix, AZ 85062-8251** | | | Club at Brightwater LLC vendor account. | X | X | X | **63.87** |
| ACCOUNT NO.<br>**Wells And Karen Marvin**<br>**78-100 Main Street, Suite 206**<br>**La Quinta, CA 92253** | | | Refundable membership in The Club at Brightwater. | X | X | | **50,000.00** |
| ACCOUNT NO.<br>**Wells Fargo Financial Leasing**<br>**P.O. Box 6434**<br>**Carol Stream, IL 60197-6434** | | | Club at Brightwater LLC vendor account. | X | X | X | **793.14** |
| ACCOUNT NO. 019-0000310<br>**Wells Fargo Financial Leasing Inc**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | | | Deficiency damages relating to lease of Club Car Turf 2 vehicle RG0727-774118 | | | | **unknown** |
| ACCOUNT NO.<br>**Williams Scotsman, Inc.**<br>**P.O. Box 91975**<br>**Chicago, IL 60693-1975** | | | Club at Brightwater LLC vendor account. | X | X | X | **5,464.26** |

Sheet no. ____38__ of ____39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **106,413.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc.                                                 Case No. _____
                                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Woodrow And Catrina Smith<br>5475 Valerio Trail<br>San Diego, CA  92130 | | | Refundable membership in The Club at Brightwater. | X | X | | 70,000.00 |
| ACCOUNT NO.<br><br>Wylaco Supply Company<br>315 Vallejo Street<br>Denver, CO  80223 | | | Vendor accounts payable. | | | | 3,067.17 |
| ACCOUNT NO.<br><br>Wylaco Supply Company<br>315 Vallejo Street<br>Denver, CO  80223 | | | Club at Brightwater LLC vendor account. | X | X | X | 322.99 |
| ACCOUNT NO.<br><br>Yellow Pages<br>P.O. Box 95450<br>Atlanta, GA  30347 | | | Vendor accounts payable. | | | | 296.00 |
| ACCOUNT NO.<br><br>Zac And Azita Arjomand<br>19 Rochelle<br>Newport Coast, CA  92657 | | | Refundable membership in The Club at Brightwater. | X | X | | 60,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___39___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 133,686.16

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 32,791,240.38

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____    Case No. _____
                            Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Briightwater Club Members** | **Brightwater Club Membership Plan** |
| **Nebraska National Bank**<br>**Box 397**<br>**Kearney, NE  68848-0397** | **Commercial lease of 2007 Club Car Turf 2 Driving Range Unit. Lease commenced May 2007 continuing for 60 months. Monthly payment of $153.85** |
| **Orval A. Paul Annuity Trust**<br>**Dorothy J. Paul Annuity Trust**<br>**11404 E. Imperial Hwy**<br>**Norwalk, CA  90650** | **Debtor is lessee of five-year lease, which commened on July 26, 2008, of a Carriage House property located at 3631 Gypsum Creek Road, Gypsum, Colorado 81637, and all appurtenances thereto.  Debtor has right to exercise two successive two year renewal options.  Initial monthly rent was $14,583.33, adjusted annualy per terms of lease agreement.** |
| **First Data Global Leasing**<br>**1307 Walt Whitman Road**<br>**Melville, NY  11747** | **Lease of credit card processing equipment - lease expires May 1, 2011** |
| **Unilink**<br>**P.O. Box 1150**<br>**Post Falls, ID  83877-1150** | **Rental of copier - $350/month** |
| **De Lage Landen Financial Services**<br>**901 E 8th Avenue, Ste 206**<br>**King Of Prussia, PA  19406** | |
| **Sage Capital Recovery**<br>**1040 Kings Hwy N**<br>**Cherry Hill, NJ  08034** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Clearwater Development, Inc. _____  Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Hans Imhof<br>18241 W. McDurmott St., Ste. A<br>Irvine, CA  92614 | US Bank<br>PO Box 790401<br>St Louis, MO  63179-0401<br><br>Guaranty Bank & Trust Co.<br>PO Box 5847<br>Denver, CO  80217-5847 |
| L. Hatle Trust<br>PO Box 1856<br>Palm Desert, CA  92261 | US Bank<br>PO Box 790401<br>St Louis, MO  63179-0401<br><br>Guaranty Bank & Trust Co.<br>PO Box 5847<br>Denver, CO  80217-5847 |
| Wells L. Marvin<br>78-100 Main Street, Ste. 206<br>La Quinta, CA  92253 | US Bank<br>PO Box 790401<br>St Louis, MO  63179-0401 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Clearwater Development, Inc.</u> _____    Case No. _____
                   Debtor(s)                                            (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____
                                                          Debtor

Date: _____      Signature: _____
                                                 (Joint Debtor, if any)
                                        [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>**President**</u>_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>Clearwater Development, Inc.</u>_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___<u>**52**</u>___ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>**April 18, 2011**</u>_____      Signature: <u>***/s/ Russ E. Hatle***</u>_____

                                       <u>**Russ E. Hatle**</u>
                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

Clearwater Development, Inc._____          Chapter **11**_____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: April 18, 2011_____     Signature: */s/ Russ E. Hatle*_____
                                                    **Russ E. Hatle, President**                                    Debtor


Date: _____     Signature: _____
                                                                                              Joint Debtor, if any


Date: April 18, 2011_____     Signature: */s/ Douglas C. Pearce, II, Esq.*_____
                                                    **Douglas C. Pearce, II, Esq. 28786**            Attorney (if applicable)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aden Jackson Holt
145 Riverwood
Boerne, TX   78006

Alan Lukehart
5709 Woodmont Court
Plano, TX   75093

Alpine Party Rentals
P.O. Box 1709
Eagle, CO   81631

Altitude Landscape Co.
P.O. Box 1882
Edwards, CO   81632

American Protection Systems
6420 CR 335, Suite C
New Castle, CO   81647

Amtrust Bank
1801 East Ninth Street, Suite 200
Cleveland, OH   44114

Andy And Phaedra Seidel
P.O. Box 1625
Rancho Santa Fe, CA   92067

Arash And Shiva Shemirani
1119 Denise Way
San Jose, CA   95125-3622

Atira Golf LLC
56 Edwards Village Blvd., Suite 225
Edwards, CO   81632

Bank First
225 South 6th Street, Suite 2900
Minneapolis, MN  55402-4609


Benjamin, Bain & Howard, LLC
P.O. Box 370509
Denver, CO  80237-0509


Bette Hagan
6955 Brandon Mill Road
Atlanta, GA  30328


Beyond Creative, Inc.
P.O. Box 1023
Eagle, CO  81631


Biancas Home Care
P.O. Box 4741
Edwards, CO  81632


Blakeslee Advertising & Marketing
916 North Charles Street
Baltimore, MD  21201


Bob And Cindy McCreedy
49 Cherry Hills Farm Drive
Cherry Hills Village, CO  80113


Bob And Janet Bigelow
1075 East Radcliffe Avenue
Englewood, CO  80113


Bob And Mary Shaw
745 East Woodland Drive
Lake Forest, IL  60045

Boyz Toyz & Sonz
P.O. Box 950
Eagle, CO  81631


Brian And Paula Hughes
5504 West 66th Street
Edina, MN  55439


Brightwater Club POA
P.O. Box 993
Eagle, CO  81631


Brightwater Club POA
C/O Robertson & Marchetti
28 Second Street, Ste 213
Edwards, CO  81632


Brightwater Club Property Owners Assoc
C/O Orten Cavanagh Richmond & Holmes LLC
1445 Market St, Ste 350
Denver, CO  80202


Bronn Trucking, Inc.
P.O. Box 3578
Eagle, CO  81631


Bruce And Gail Richards
13741 3rd Avenue, N.W.
Seattle, WA  98177


Bruce Godfrey
2323 5th Street Berkeley
Berkeley, CA  94710

Burk & Company
10076 East Caley Place
Englewood, CO  80111-5604


Burns, Figa & Will PC
6400 S. Fiddlers Green Circle, Suite 10
Greenwood Village, CO  80111-5604


Bushnell Outdoor Products
1551 Paysphere Circle
Chicago, IL  60674-1551


C&C Plumbing & Mechanical
P.O. Box 2294
Gypsum, CO  81637


California Imprimis Investments LLC
C/O Hans Imhof
18241 W McDurmott St, Ste A
Irvine, CA  92614


Callaway Golf Company
P.O. Box 9002
Carlsbad, CA  92018-9002


Carl And Dianne Luppens
One South Dahlia Street
Denver, CO  80246


Casey Wyse
P.O. Box 1837
Avon, CO  81620

Catherine A. Hance, Esq.
David Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO  80202


CenturyLink
P.O. Box 126
Casco, WI  54205-0126


CenturyTel Of Eagle, Inc.
P.O. Box 4800
Lacrosse, WI  54602-4800


Charlie Taylor
6443 North Business Loop Road
Park City, UT  84098


Chris And Anne Gunion
4284 Columbind Drive, Unit E
Vail, CO  81657


Chris And Rachael Travis
P.O. Box 5214
Gypsum, CO  81637


Chris And Susan Chase
24241 Cascades Drive
Laguna Niguel, CA  92667


Cleveland Golf
P.O. Box 7270
Newport Beach, CA  92658-7270

Cole Schotz Meisel Forman & Leonard PA
Attn: Michael R. Leighton, Esq.
25 Main Street
Hackensack, NJ  07602-0800


Collett Enterprises, Inc.
P.O. Box 439
Gypsum, CO  81637


Colorado Department Of Revenue
Tax Audit & Compliance
1375 Sherman St., #122
Denver, CO  80261-0004


Colorado Golf & Turf, Inc.
11757 South Wadsworth Blvd.
Littleton, CO  80125


Colorado Secretary Of State
Notary Division
Denver, CO  80202


Comcast Cable
P.O. Box 34744
Seattle, WA  98124-1744


Community Consultants, LLC
4000 Gypsum Creek Road
Gypsum, CO  81637


Compression Leasing Services, Inc.
P.O. Box 1629
Casper, WY  82602

Cook & Solis Construction, Inc.
P.O. Box 301491
Escondido, CA  92030


Creative Results Consulting
P.O. Box 853
Basalt, CO  81621


CRWCD Enterprise Fund
P.O. Box 1120
Glenwood Springs, CO  81602-1120


CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA  30361


Custom Concepts, LLC
C/O Rick G Hermes
PO Box 2633
Edwards, CO  81632


Dan And Shellie Graf
6713 East Wildcat Drive
Cave Creek, AZ  85331


Dan And Suzanne Hoffman
P.O. Box 4045
Avon, CO  81620


Darrel And Kathy Schmidt
9251 East Grand Avenue
Greenwood Village, CO  80111


Dave And Bethann Corey
921 Sunset Hills Lane
Redlands, CA  92373-6964

Dave Thibedeau
Stacy Gunderson
P.O. Box 4076
Avon, CO  81620


David M. And Willard M. Smith
7709 Carrleigh Parkway
Springfield, VA  22152


De Lage Landen Financial Services
Ref. No. 589610
Philadelphia, PA  19101-1601


De Lage Landen Financial Services
901 E 8th Avenue, Ste 206
King Of Prussia, PA  19406


Decorative Draperies & Beyond
P.O. Box 1280
Gypsum, CO  81637


Dick And Barbara Wenninger
14000 Gypsum Creek Road
Gypsum, CO  81637


DirecTV
P.O. Box 78626
Phoenix, AZ  85062-8626


Dish Network
Dept. 0063
Palatine, IL  60055-0063


Dominic And Ora DeMaria
865 South Swallow Way
Anaheim Hills, CA  92807

Don And Colleen Romsa
3225 Michigan Blvd.
Racine, WI   53402-3819


Don And Lynn Janklow
2280 64th Avenue
Greeley, CO   80634


Don Dotson And Mary Palmtag
P.O. Box Box 4105
Gypsum, CO   81637


Dorothy J. Paul Annuity Trust
11404 E Imperial Hwy
Norwalk, CA   90650


Doug And Vikki Buss
1099 Longbow Court
Oneida, WI   54155


Eagle County Treasurer
P.O. Box 479
Eagle, CO   81631-0479


Eagle Valley Land Trust
P.O. Box 3308
Eagle, CO   81631-3308


Eagle Window Cleaning, Inc.
P.O. Box 8004
Avon, CO   81620


Ecolab Pest Elimination
P.O. Box 6007
Grand Forks, ND   58206-6007

Elyssa Sinclair
P.O. Box 6751
Avon, CO  81620


EVP, Realty Management Group
P.O. Box 4660
Eagle, CO  81631


EVP, Realty Management Group
0105 Edwards Village Blvd. #107
Edwards, CO  81632


Fairfield And Woods, PC
1700 Lincoln Street
Denver, CO  80203-4524


Farhad And Nikkisa Abdollahi
6789 Quail Hill Parkway
Irvine, CA  92603-4233


FEDEX
P.O. Box 94515
Palatine, IL  60094-4515


Filterfresh Denver
2675 South Santa Fe Dr., Bldg. 6, E
Denver, CO  80223


First Data Global Leasing
1307 Walt Whitman Road
Melville, NY  11747


First Data Merchant Services
5251 Westheimer Rd.
Houston, TX  77056-5404

First Insurance Funding Corp.
P.O. Box 66468
Chicago, IL  60666-0468

Flagstar Bank FBS
5151 Corporate Drive
Troy, MI  48098

Flo-Controls, Inc.
P.O. Box 1332
Englewood, CO  80150

Footjoy
P.O. Box 88111
Chicago, IL  60695-1111

Frank And Kelley Bontompo
P.O. Box 3895
Eagle, CO  81631

Frederick Stutz
1824 Shadow Knolls Place
El Cajon, CA  92020-8440

Garrett And Faith Spitz Smith
3417 Courtyard Circle
Farmers Branch, TX  75234-3777

Gear For Sports, Inc.
12193 Collection Center Drive
Chicago, IL  60693

Gene Colin
7433 Fifth Avenue South
Seattle, WA  98108-0867

Geoff And Valerie Feams
2752 Meredity Street
Orange, CA   92867

GHP Horwath
1670 Broadway, Suite 300
Denver, CO   80202

Giesen/Kenny, PA
16017 North Florida Avenue, Suite 116
Lutz, FL   33549

Glenn And Julie Thurston
P.O. Box 1023
Eagle, CO   81631

Glenwood Radiator
6690 Highway 82
Glenwood Springs, CO   81601

Golf Enviro Systems, Inc.
P.O. Box 49039
Colorado Springs, CO   80907

Golf Scorecards, Inc.
9735 SW Sunshine Court, Suite 700
Beaverson, OR   97005

Golf Solutions I, LLC
Dba Laser Link Golf
4027 Owl Creek Drive
Madison, WI   53718

Grainger
Dept. 868360199
Kansas City, MO   64141-6267

Greg And Stacey Renker
5959 Topanga Canyon Blvd.
Woodland Hills, CA  91367


Greg Norman Collection, Inc.
P.O. Box 601898
Charlotte, NC  28260-1898


Guaranty Bank & Trust Co.
P.O. Box 5847
Denver, CO  80217-5847


Guaranty Bank & Trust Co.
PO Box 5847
Denver, CO  80217-5847


Gunter Mussman
P.O. Box 3149
Vail, CO  81658


Gypsum Fire Protection District
P.O. Box 243
Gypsum, CO  81637


Gypsum Partners
P.O. Box 1856
Palm Desert, CA  92261


Gypsum Partners, LLC
4000 Gypsum Creek Road
Gypsum, CO  81637


Gypsum Partners, LLC
PO Box 1856
Palm Desert, CA  92261

Habib And Maria Shams
3452 Majestic Drive
Rocklin, CA  95765


Hans And Valerie Imhof
18241 West McDurmott Suite A
Irvine, CA  92614


Hans Imhof
1340 Reynolds Avenue #116
Irvine, CA  92614


Hans Imhof
18241 W. McDurmott St., Ste. A
Irvine, CA  92614


Hansen & Company
4155 East Jewell Avenue, Suite 1016
Denver, CO  80222


Heath And Becky Talbot
P.O. Box 1181
Gypsum, CO  81637


Holland & Hart, LLP
P.O. Box 17283
Denver, CO  80217-0283


Holy Cross Energy
P.O. Box 2150
Glenwood Springs, CO  81602-2150


Home Depot Credit Services
Dept. 32-2534335926
P.O. Box 6031
The Lakes, NV  88901-6031

HR Plus, Inc.
P.O. Box 2214
Eagle, CO  81637


Human Resources Plus, Inc.
P.O. Box 2214
Eagle, CO  81631


Hyatt & Stubblefield, PC
225 Peachtree Street NE Suite 1200
Atlanta, GA  30303


Ian Hause
20 Clearwater Drive
Carbondale, CO  81623


Impact Graphics And Signs
P.O. Box 2574
Edwards, CO  81632


Imperial Headwear, Inc.
1086 Payshpere Circle
Chicago, IL  60674


Imprimis Corp.
P.O. Box 1856
Palm Desert, CA  92261


Integrated Business Systems
12201 Gayton Road, Suite 100
Richmond, VA  23238


Internal Revenue Service
P.O. Box 9019
Holtsville, NY  11742-9019

Ist Net Real Estate Services
3333 S. Wadsworth Blvd., Suite 200
Lakewood, CO  80027

Jack And Connie Aplin
60 Corporate Park, Suite 100
Irvine, CA  92606

James C. Higgins
81075 Legends Way
La Quinta, CA  92253

Jay And Deborah Harper
400 Woodland Drive
Pauls Valley, OK  73075

JC Golf Accessories
3602 South Jason Street
Englewood, CO  80110

Jeff And Karen Brode
P.O. Box 4284
Gypsum, CO  81637

Jeff Koch
P.O. Box 10
Vail, CO  81658

Jill Price
49155 Casa Del Rio
La Quinta, CA  92253

Jim Adams
P.O. Box 4377
Eagle, CO  81631

Jim And Anne Higgins
81075 Legends Way
La Quinta, CA  92253


Jim And Isabella Benjamin
7315 Orchard Road #400
Greenwood Village, CO  80111


Jim And Mary Kay Mosch
15 Stoddard Court
Sparks, MD  21152


Jim Murton
10330 SW 59 Avenue
Miami, FL  33156


Joe And Janice Spencer
3820 Log Trail Way
Reisterstown, MD  21136


John And Barbara Cottam
P.O. Box 910
Taos, NM  87571-0910


John And Doris Kirchner
P.O. Box 207
McCoy, CO  80463


John And Kathy Nichols
P.O. Box 1803
Avon, CO  81620


John Deere Credit
P.O. Box 650215
Dallas, TX  75265-0215

John Munneke
36 West Memorial Road, Suite B9
Oklahoma City, OK  73114


John W. Hearn, Jr.
4811 Kaimoku Way
Honolulu, HI  96821


Jose And Mary Armario
415 South Park Avenue
Hinsdale, IL  60521


Judicial Arbiter Group, Inc.
1601 Blake Street, Suite 400
Denver, CO  80202


Justin And Kerry Roach
P.O. Box 5138
Eagle, CO  81631


Karl And Joan Mosch
P.O. Box 683478
Park City, UT  84068


Kennedy Funding, Inc.
Attn: Jeffrey Wolfer/Tony Petruccello
Two University Plaza, Suite 402
Hackensack, NJ  07601


Knudsen Law Office
2280 Market Street, Suite 300
Riverside, CA  92501

KRC-HLT Corporation
Dba Formost Construction
P.O. Box 559
Temecula, CA  92593


L. Hatle Trust
PO Box 1856
Palm Desert, CA  92261


L.L. Johnson Dist. Co.
Department 1110
Denver, CO  80256-1110


La Tierra de Esmeralda Incorporated
Dba Emerald Sod Farms
P.O. Box 68
Brighton, CO  80601


Laff Campbell Tucker & Gordon
7730 East Belleview Avenue
Greenwood Village, CO  80111-2616


Land Stewardship Consultants Inc.
2941 20th Street
Boulder, CO  80304


Landmark Golf Course Products
W184 S8425 Challenger Drive
Muskego, WI  53150


Landscape Technology Group
P.O. Box 5147
Vail, CO  81658

Larry And Susan Boothby
4270 South Bellaire Circle
Englewood, CO  80113


Larry Rodgers Design Group Inc.
8055 West Hampden Avenue
Lakewood, CO  80227


Laser Ink/Vail & Summit Menu Collection
P.O. Box 239
Gypsum, CO  81637


Leslie And Faith Lerner
475 Split Rock Road
Syossest, NY  11791


Linebarger Googan Blair & Simp
P.O. Box 44309
Denver, CO  80201-4309


LL Johnson Dist. Co.
Department 1110
Denver, CO  80256-1110


Lombardi Brothers Meats
P.O. Box 11277
Denver, CO  80211


Lowes Home Center
P.O. Box 530970
Atlanta, GA  30353-0970


Lyle And Julie Williamson
261 South Reeves, Apt. Ph/3
Beverly Hills, CA  90212

Mahesh, Nayan, Sailesh Patel
8650 155th Place North
Palm Beach Gardens, FL   33418

Malcolm Gray
11407 St. Germain Way
Houston, TX   77082

Mansfield Electric Inc.
P.O. Box 1133
Gypsum, CO   81637

Marc And Marci Thomas
2438 Keystone Drive
Evergreen, CO   80439

Mark & Karen Godfrey
1760 San Luis Drive
San Luis Obispo, CA   93401

Mark And Barbara Scrivens
P.O. Box 3413
Eagle, CO   81631

Mark And Karen Godfrey
1760 San Luis Drive
San Luis Obispo, CA   93401

Mark David Design, Inc.
1130 E. Yale Avenue
Englewood, CO   80110

Markit Golf
1496 Business Park Drive Suite B
Traverse City, MI   49686

Maynard And Alison Knapp
315 West Oak Street, Suite 704
Fort Collins, CO  80521


Maynard And Kathleen Holt
6340 Brompton Road
Houston, TX  77005


McPhilomy Commercial Products Company
5098 Paris Street
Denver, CO  80239


Michael And Connie Bringard
9701 Chylene Drive
Sandy, UT  84092


Michael And Lynette Davis
1560 Virginia Avenue
Glendale, CA  91202-1244


Mike And Sue Rushmore
5 Vale Close
London, England,      W9 1RR


Mike Larsen
1881 Prospector Avenue
Park City, UT  84060


Mike Mahmoodi
1829 Chastain Parkway East
Pacific Palisades, CA  90272


Mile High Chapter CMAA
P.O. Box 350667
Westminster, CO  80035-0667

Mile High Turfgrass, LLC
P.O. Box 2124
Evergreen, CO   80437


Mitchell Coleman
15942 Los Serranos Ctry Club, Suite D-40
Chino Hills, CA   91709


Modular Space Corporation
12603 Collections Center Drive
Chicago, IL   60693-0126


Mountain Equipment
2407 Weslo Avenue
Grand Junction, CO   81505


Nebraska National Bank
Box 397
Kearney, NE   68848-0397


Nebraska National Bank
3110 Second Avenue
Kearney, NE   68847


Nike USA, Inc.
P.O. Box 847648
Dallas, TX   75284-7648


Nola & Ron Dyal & Holcomb
P.O. Box 1565
La Quinta, CA   92253


Northridge Investors
PO Box 1856
Palm Desert, CA   92261

Obert And Julie Nelson
4406 Lively Lane
Dallas, TX  75220


Orval A. Paul Annuity Trust
Dorothy J. Paul Annuity Trust
11404 E. Imperial Hwy
Norwalk, CA  90650


Orval A. Paul Annuity Trust
11404 E. Imperial Hwy
Norwalk, CA  90650


Orval And Dorothy Paul
11404 East Imperial Highway
Norwalk, CA  90650


Patricia F. Julin
P.O. Box 3303
Copper Mountain, CO  80443


Paul Family Investment Trust
C/O Steven C. Paul, Trustee
11404 E. Imperial Hwy.
Norwalk, CA  90650


Peggy Carmichael
US Bank Special Assets Group
PO Box 3108
Portland, OR  97204


Peri Marketing & Public Relations, Inc.
1777 Larimer Street, Suite 1202
Denver, CO  80202

Ping
P.O. Box 52450
Phoenix, AZ  85071-2450


Pinnacle Water, Inc.
1629-A Delores Way
Carbondale, CO  81623


Premium Financing Specialists
601 S. Glenoaks Blvd., Suite 403
Burbank, CA  91502


Present Time LLC
2443 Fillmore Street #322
San Francisco, CA  94115


Prize Possessions
340R Vanderbilt Ave.
Norwood, MA  02062


Prudential Colorado Properties
4000 Gypsum Creek Road
Gypsum, CO  81637


Quinn Tamm
P.O. Box 991
La Quinta, CA  92247


Ralph And Mary Wilkerson
57 Blue Heron Drive
Thornton, CO  80241


Ramin Ghazi
27611 Kathy Court
Laguna Niguel, CA  92677

Rampart Holdings, LLC
4000 Gypsum Creek Road
Gypsum, CO   81637


Rampart Holdings, LLC
PO Box 1856
Palm Desert, CA   92261


Randy And Cherly Byrnes
7 Summerset Circle
Greenwood Village, CO   80111


Rechlitz Law Firm P.C.
116 Inverness Drive, East
Englewood, CO   80112


Resource Engineering, Inc.
909 Colorado Avenue
Glenwood Springs, CO   81601


Rick Hermes
P.O. Box 2633
Edwards, CO   81632


Rick Hermes Retreat Developers
Comm. Concepts
P.O. Box 1106
Eagle, CO   81631


Rob & Jo Sterling
4043 Carnoustie Lane
Charlotte, NC   28210


Robert Melun
1165 South Pannsylvania Street, Ste. 110
Denver, CO   80210

Robert Trent Jones, II, LLC
705 Forest Avenue
Palo Alto, CA  94301


Rocky Mountain Re-Veg
P.O. Box 4400
Gypsum, CO  81637


Roger And Jackie Sherwood
5240 Heather Lane
Park City, UT  84098


Ronald R. Peterson, Trustee
Jenner & Block LLP
353 N Clark Street
Chicago, IL  60654-3456


Roth Carney Knudsen LLP
3850 Vine Street, Suite 240
Riverside, CA  92507


RTP Technical Services
P.O. Box 8890
Avon, CO  81620


Russ And Lori Hatle L. Hatle Trust
P.O. Box 1856
Palm Desert, CA  92261


Russ E. Hatle
PO Box 1856
Palm Desert, CA  92261


Russell And Tasha Alexander
740 Greenway Drive
Coppell, TX  75019

Sage Capital Recovery
1040 Kings Hwy N
Cherry Hill, NJ 08034


Sakocius Management Group
5399 Ona Road
Cascade, CO 80809


Saliesh And Bhavna Patel
8584 155th Place North
Palm Beach Gardens, FL 33418


San Isabel Telecom, Inc.
570 Lindbergh Drive
Gypsum, CO 81637


Seattle Fish Company
6211 East 42nd Avenue
Denver, CO 80216


Seeding The Rockies
P.O. Box 693
Gypsum, CO 81637


SEMA Golf, LLC
7353 South Eagle Street
Centennial, CO 80112


Shirley Gray
78601 Deacon Drive E
La Quinta, CA 92253


Simplot Partners
Dept. #1136
Los Angeles, CA 90084-1136

Source Gas
P.O. Box 660474
Dallas, TX  75266-0474


Special Assets Group
P.O. Box 3108
Portland, OR  97204


Sport-Haley, Inc
Dba Ben Hogan Apparel Group
4600 East 48th Avenue
Denver, CO  80216


Steve And Betty Clarke
345 Franklin Street
Denver, CO  80218


Steve And Valerie Stanczak
9 Cambridge Court
Rancho Mirage, CA  92270


Taylor & Taylor Architectual
7975 Bogey Avenue
Hemet, CA  92545


Taylormade Golf Company, Inc.
File 56431
Los Angeles, CA  90074-6431


Textron Financial
PO Box 308
Wichita, KS  67201-0308

Textron Financial Corporation
Captive Finance - Alpharetta
11575 Great Oaks Way
Alpharetta, GA  30022


The Club At Brightwater, LLC
4000 Gypsum Creek Road
Gypsum, CO  81637


The Insco Dico Group
P.O. Box 19725
Irvine, CA  92623


Titleist
P.O. Box 88112
Chicago, IL  60695-1112


Todd And Sherri Thomas
1417 White Hawk Ranch Drive
Boulder, CO  80303


Todd Thomas
1417 White Hawk Ranch Drive
Boulder, CO  80303


Tom And Susan Washing
P.O. Box 9670
Avon, CO  81620


Town Of Gypsum
P.O. Box 130
Gypsum, CO  81637-0130


Toyota Financial Services
P.O. Box 60114
City Of Industry, CA  91716-0114

U.S. Bank Commercial Loan
P.O. Box 790401
St. Louis, MO   63179-0401


U.S. Bank Visa Card
P.O. Box 790408
St. Louis, MO   63179-0408


UAP Distribution, Inc.
Division III
Dallas, TX   75284-7986


Unilink
P.O. Box 1150
Post Falls, ID   83877-1150


United Rentals Northwest, Inc.
File 51122
Los Angeles, CA   90074-1122


US Bank
PO Box 790401
St Louis, MO   63179-0401


US Bank Visa
P.O. Box 790408
St. Louis, MO   63179-0408


Victory And Richard Grund
48810 Via Linda
LaQuinta, CA   92253


Vision Land Consultants, Inc.
603 Park Point Drive
Golden, CO   80401

Walsh Environmental
Dept. 1010
Denver, CO  80291-1010


Ward And Judy Bushnell
4638 95th Avenue NE
Bellevue, WA  98004


Waste Management
P.O. Box 78251
Phoenix, AZ  85062-8251


Wells And Karen Marvin
78-100 Main Street, Suite 206
La Quinta, CA  92253


Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL  60197-6434


Wells Fargo Financial Leasing Inc
800 Walnut Street
Des Moines, IA  50309


Wells L. Marvin
78-100 Main Street, Ste. 206
La Quinta, CA  92253


Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL  60693-1975


Woodrow And Catrina Smith
5475 Valerio Trail
San Diego, CA  92130

Wylaco Supply Company
315 Vallejo Street
Denver, CO   80223


Yellow Pages
P.O. Box 95450
Atlanta, GA   30347


Zac And Azita Arjomand
19 Rochelle
Newport Coast, CA   92657