B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

**IN RE:**                               Case No. 11-18725 HRT

**Clearwater Development, Inc.**             Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Kennedy Funding, Inc.**<br>Attn: Jeffrey Wolfer/Tony Petruccello<br>Two University Plaza, Suite 402<br>Hackensack, NJ 07601 | | Other | | 62,322,970.72<br>**Collateral:**<br>8,000,000.00<br>**Unsecured:**<br>57,744,711.12 |
| **Custom Concepts, LLC**<br>C/O Rick G Hermes<br>PO Box 2633<br>Edwards, CO 81632 | | Other | | 3,175,382.26<br>**Collateral:**<br>8,000,000.00<br>**Unsecured:**<br>3,175,382.26 |
| **Todd Thomas**<br>1417 White Hawk Ranch Drive<br>Boulder, CO 80303 | | Other | | 1,030,500.00 |
| **Brightwater Club POA**<br>P.O. Box 993<br>Eagle, CO 81631 | | Other | **Contingent**<br>**Unliquidated**<br>**Disputed** | 828,697.87 |
| **Guaranty Bank & Trust Co.**<br>PO Box 5847<br>Denver, CO 80217-5847 | | Other | | 753,042.97 |
| **Imprimis Corp.**<br>P.O. Box 1856<br>Palm Desert, CA 92261 | | Trade debt | | 421,721.29 |
| **US Bank**<br>PO Box 790401<br>St Louis, MO 63179-0401 | | Other | | 399,293.53 |
| **Simplot Partners**<br>Dept. #1136<br>Los Angeles, CA 90084-1136 | | Other | | 372,785.07<br>**Collateral:**<br>8,000,000.00<br>**Unsecured:**<br>372,785.07 |
| **L. Hatle Trust**<br>PO Box 1856<br>Palm Desert, CA 92261 | | Other | | 351,964.76 |
| **Orval And Dorothy Paul**<br>11404 East Imperial Highway<br>Norwalk, CA 90650 | | Other | **Contingent**<br>**Unliquidated** | 330,000.00 |
| **Malcolm Gray**<br>11407 St. Germain Way<br>Houston, TX 77082 | | Other | **Contingent**<br>**Unliquidated** | 260,000.00 |
| **Orval A. Paul Annuity Trust**<br>11404 E. Imperial Hwy<br>Norwalk, CA 90650 | | Trade debt | | 212,895.40 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Type | Status | Amount |
|---|---|---|---|
| **Blakeslee Advertising & Marketing**<br>916 North Charles Street<br>Baltimore, MD 21201 | Other | | 183,585.48 |
| **Jay And Deborah Harper**<br>400 Woodland Drive<br>Pauls Valley, OK 73075 | Other | Contingent<br>Unliquidated | 140,000.00 |
| **Benjamin, Bain & Howard, LLC**<br>P.O. Box 370509<br>Denver, CO 80237-0509 | Other | | 126,500.00<br>Collateral:<br>8,000,000.00<br>Unsecured:<br>126,500.00 |
| **Don Dotson And Mary Palmtag**<br>P.O. Box Box 4105<br>Gypsum, CO 81637 | Other | Contingent<br>Unliquidated | 120,000.00 |
| **Larry And Susan Boothby**<br>4270 South Bellaire Circle<br>Englewood, CO 80113 | Other | Contingent<br>Unliquidated | 120,000.00 |
| **Jim Murton**<br>10330 SW 59 Avenue<br>Miami, FL 33156 | Other | Contingent<br>Unliquidated | 120,000.00 |
| **Saliesh And Bhavna Patel**<br>8584 155th Place North<br>Palm Beach Gardens, FL 33418 | Other | Contingent<br>Unliquidated | 120,000.00 |
| **Leslie And Faith Lerner**<br>475 Split Rock Road<br>Syossest, NY 11791 | Other | Contingent<br>Unliquidated | 120,000.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April 18, 2011**     Signature: */s/ Russ E. Hatle*

**Russ E. Hatle, President**
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only