IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CLEARWATER DEVELOPMENT, INC. | ) | Case No. 11- 18725 HRT |
| EIN:  20-1538160 | ) | Chapter 11 |
| | ) | |
| *Debtor.* | ) | |

**APPLICATION TO EMPLOY CONNOLLY, ROSANIA & LOFSTEDT, P.C.
AS COUNSEL TO DEBTOR *NUNC PRO TUNC* TO DATE OF APPLICATION**

Clearwater Development, Inc., debtor-in-possession ("*Debtor*"), hereby applies to this Court for authorization to employ Connolly, Rosania & Lofstedt, P.C. ("*CR&L*") as Chapter 11 general bankruptcy counsel *nunc pro tunc* to date of hereof pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014.  In support hereof, Debtor states as follows:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on April 18, 2011 (the "*Petition Date*").

2. The Debtor has selected CR&L to be its bankruptcy counsel in this case due to CR&L's experience in Chapter 11 cases and knowledge of the Debtor's industry and the legal issues arising in that industry.

3. CR&L will advise the Debtor with regard to all aspects of the Chapter 11 case, including but not limited to:

   (a) To advise the Debtor of its powers and duties as debtor-in-possession;

   (b) To take all necessary action to protect and preserve Debtor's estate, including the prosecution of actions on Debtor's behalf, including but not limited to avoidance actions, the defense of any actions commenced against Debtor, the negotiation of settlements concerning all litigation in which Debtor is involved;

   (c) To prepare on behalf of Debtor, all necessary motions, applications, answers, orders, reports and papers in connection with the administration of the estate;

   (d) If requested, to negotiate and prepare on behalf of Debtor, a plan or plans permitted under Chapter 11 of the Bankruptcy Code and all related documents, including a disclosure statement, and prosecute the plan through the confirmation process;

   (e) To review and analyze claims against the bankruptcy estate and file objections as necessary; and

   (f) To perform all other necessary or appropriate legal services in connection with the Chapter 11 case and in connection with any other matter as requested by Debtor.

4. Debtor has selected CR&L because of the firm's experience in bankruptcy and litigation matters and because the Debtor believes that CR&L is well-qualified to represent it in this Chapter 11 case.

5. CR&L is willing to perform such services on Debtor's behalf and its employment is in the best interest of the estate.

6. Joseph Rosania, Joli A. Lofstedt and Douglas Pearce will be the lead attorneys in this matter. Other attorneys and legal assistants of CR&L may be used. The current hourly rates of CR&L's attorneys are as follows:

| | |
|---|---|
| Tom Connolly | $325.00 |
| Joseph Rosania | $325.00 |
| Joli Lofstedt | $295.00 |
| Ellen Cadette | $225.00 |
| Douglas Pearce | $250.00 |

7. The hourly rates of CR&L's legal assistants vary from $90.00 to $100.00. CR&L's hourly rates of its attorneys and staff may be adjusted from time to time during the course of the representation in accordance with firm policy.

8. CR&L will charge Debtor a reasonable fee for its services, based on the time spent, the complexity of the issues involved, and the results obtained. In addition to fees, CR&L will also charge Debtor for all reasonable costs and expenses incurred in representing Debtor in this case. Subject to the supervision and further order of this Court, CR&L will file all necessary fee applications setting forth the services rendered by it to Debtor and will abide by all other fee procedures.

9. CR&L advised the Debtor with respect to the preparation and filing of this Chapter 11 case, restructuring options, discussions with potential asset purchasers and post-petition lenders, reviewed financial and other documents associated with Debtor's affairs and prepared the Chapter 11 bankruptcy petition and other necessary documents.

10. CR&L has been paid the sum of $23,961.00 in legal fees and expenses in April of 2011 for services rendered by CR&L related to bankruptcy counseling, including but not limited to reviewing and analyzing Debtor's restructuring options, reviewing and analyzing financial and other documents associated with Debtor's affairs, meeting with Debtor's lenders, and preparing and filing Debtor's bankruptcy petition.

11. To the best of Debtor's knowledge, CR&L is a disinterested person and does not hold or represent an interest adverse to Debtor or the estate in matters upon which CR&L is to be engaged. CR&L does not have any connection with Debtor, Debtor's creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee; except that Tom H. Connolly, Joseph G. Rosania and Joli A. Lofstedt of CR&L are members of the panel of private trustees for the District of Colorado.

12. Attached hereto as **Exhibit A** is the Affidavit of Joli A. Lofstedt which supports the conclusion that CR&L is a disinterested person under 11 U.S.C. §§ 101 and 327 and does not have any disqualifying connection with Debtor, Debtor's creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as disclosed in such Affidavit.

13. No committee of creditors has been appointed or designated herein. This motion was served upon the United States Trustee, Debtor's secured lenders and the 20 largest unsecured creditors.

**WHEREFORE**, Debtor respectfully requests an order authorizing the employment of CR&L as attorneys for Debtor, *nunc pro tunc,* to the date of this application and for such other and further relief as the Court deems appropriate.

Dated: April 19, 2011.                Respectfully submitted,

CONNOLLY, ROSANIA & LOFSTEDT, P.C.

By:    */s/ Joli A. Lofstedt*
       Joli A. Lofstedt, Esq. #21946
       950 Spruce Street, Suite 1C
       Louisville, CO 80027
       (303) 661-9292
       (303) 661-9555 – fax
       joli@crlpc.com

*Attorneys for Clearwater Development, Inc.*

Exhibit "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* ) | |
| ) | |
| CLEARWATER DEVELOPMENT, INC. ) | Case No. 11- 18725 HRT |
| EIN: 20-1538160 ) | Chapter 11 |
| ) | |
| *Debtor.* ) | |

**AFFIDAVIT OF JOLI A. LOFSTEDT IN SUPPORT OF APPLICATION TO EMPLOY CONNOLLY, ROSANIA & LOFSTEDT, P.C. AS COUNSEL TO DEBTOR**

| | |
|---|---|
| STATE OF COLORADO ) | |
| ) ss. | |
| COUNTY OF BOULDER ) | |

I, Joli A. Lofstedt, of the law firm of Connolly, Rosania & Lofstedt, P.C. ("*CR&L*"), being first duly sworn upon my oath, hereby state, depose and affirm the following:

1. CR&L is engaged in the practice of law and maintains an office at 950 Spruce Street, Suite 1C, Louisville, Colorado 80027.

2. I am an officer, director and shareholder of CR&L, an attorney licensed to practice law in the State of Colorado and a member of this Court.

3. CR&L is a disinterested person under 11 U.S.C. §§ 101 and 327 and does not hold or represent an interest adverse to Clearwater Development, Inc. ("*Debtor*") or the bankruptcy estate in matters upon which CR&L is to be engaged. Prior to the bankruptcy filing, CR&L has been paid the sum of $23,961. in legal fees and expenses in connection with bankruptcy counseling, including but not limited to reviewing and analyzing Debtor's restructuring options, reviewing and analyzing financial and other documents associated with Debtor's affairs, meeting with Debtor's lenders, and preparing and filing Debtor's bankruptcy petition.

4. To the best of my knowledge CR&L does not have any connection with the Debtor, Debtor's creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee; except that Joli A. Lofstedt, Joseph G. Rosania and Tom H. Connolly, of CR&L, are members of the panel of private trustees for the District of Colorado.

5. CR&L is not a creditor, equity security holder or insider of the Debtor and does not hold or represent an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

6.    CR&L does not, to the best of my knowledge, and insofar as I have been able to ascertain, hold or represent an interest adverse to the Debtor or the estate in matters upon which CR&L is to be engaged.

7.    Debtor will be charged for fees and expenses incurred in these proceedings based on the normal rates charged by this firm for similar clients. There is no agreement between CR&L and any party for compensation of fees or reimbursement of expenses in this case, except the agreement with the Debtor. CR&L will abide by all fee procedures contained in the Bankruptcy Code and Rules and any additional procedures ordered by this Court.

FURTHER AFFIANT SAYETH NOT.

_____
Joli A. Lofstedt

SUBSCRIBED AND SWORN TO before me this 19th day of April, 2011, by Joli A. Lofstedt.

Witness my hand and official seal.

My Commission expires: 6/30/2011

_____
Notary Public

2

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 19th day of April, 2011, a true and correct copy of the forgoing document entitled **APPLICATION TO EMPLOY CONNOLLY, ROSANIA & LOFSTEDT, P.C. AS COUNSEL TO DEBTOR and order** was duly served via First Class mail to the party below and to the parties and entities on the attached service list.

United States Trustee's Office
999 18th Street, Suite 1551
Denver, Co 80202

*/s/ Tami Childers*
Tami Childers, Legal Assistant
Connolly, Rosania & Lofstedt, P.C.
950 Spruce St., Ste. 1 C
Louisville, CO 80027
(303) 661-9292
(303) 661-9555 – fax

4

Kennedy Funding, Inc.
Attn: Jeffrey Wolfer/Tony Petruccello
Two University Plaza, Suite 402
Hackensack, NJ 07601

Todd Thomas
1417 White Hawk Ranch Drive
Boulder, CO 80303

Guaranty Bank & Trust Co.
PO Box 5847
Denver, CO 80217-5847

US Bank
PO Box 790401
St Louis, MO 63179-0401

L. Hatle Trust
PO Box 1856
Palm Desert, CA 92261

Malcolm Gray
11407 St. Germain Way
Houston, TX 77082

Blakeslee Advertising & Marketing
916 North Charles Street
Baltimore, MD 21201

Benjamin, Bain & Howard, LLC
P.O. Box 370509
Denver, CO 80237-0509

Larry And Susan Boothby
4270 South Bellaire Circle
Englewood, CO 80113

Saliesh And Bhavna Patel
8584 155th Place North
Palm Beach Gardens, FL 33418

Custom Concepts, LLC
C/O Rick G Hermes
PO Box 2633
Edwards, CO 81632

Brightwater Club POA
P.O. Box 993
Eagle, CO 81631

Imprimis Corp.
P.O. Box 1856
Palm Desert, CA 92261

Simplot Partners
Dept. #1136
Los Angeles, CA 90084-1136

Orval And Dorothy Paul
11404 East Imperial Highway
Norwalk, CA 90650

Orval A. Paul Annuity Trust
11404 E. Imperial Hwy
Norwalk, CA 90650

Jay And Deborah Harper
400 Woodland Drive
Pauls Valley, OK 73075

Don Dotson And Mary Palmtag
P.O. Box Box 4105
Gypsum, CO 81637

Jim Murton
10330 SW 59 Avenue
Miami, FL 33156

Leslie And Faith Lerner
475 Split Rock Road
Syossest, NY 11791