# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Clearwater Development, Inc., | ) | Case No.  11-18725 HRT |
| EIN:20-1538160 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

_____

### UNITED STATES TRUSTEE'S NOTICE OF FORMATION MEETING FOR UNSECURED CREDITORS COMMITTEE
_____

      The United States Trustee has set a meeting for 3 May, 2011 in Suite 805, Room C, 1999 Broadway; Denver, Colorado 80202 at 9:00 A.M. at which he will seek to organize an official unsecured creditors committee in this case.

Dated: April 22, 2011.

                                                           Respectfully submitted,

                                                           CHARLES F. McVAY
                                                           UNITED STATES TRUSTEE

                                                           **/s/Leo M. Weiss**
                                                           By: Leo M. Weiss, #15294
                                                           Trial Attorney
                                                           999 18th Street, Suite 1551
                                                           Denver, CO 80202
                                                           (303) 312-7244
                                                           (303) 312-7259 fax
                                                           Leo.M.Weiss@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the **UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE** was mailed, postage prepaid, at the date set forth below to the following individual and address.

Dated: April 22, 2011.

Clearwater Development, Inc.
4000 Gypsum Creek Rd.
Gypsum, CO 81637

Douglas C. Pearce, II
950 Spruce St.
Ste. 1C
Louisville, CO 80027

<u>/s/ Nicole Nagler</u>
Office of the United States Trustee