IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| CLEARWATER DEVELOPMENT, INC. ) | Case No. 11-18725 HRT |
| EIN:  20-1538160 ) | Chapter 11 |
| ) | |
| _Debtor._ ) | |

NOTICE OF TIME AND PLACE OF HEARING ON DEBTOR'S
MOTION SEEKING EXPEDITED ENTRY OF ORDERS

**A HEARING HAS BEEN SET** on Clearwater Development, Inc.'s Motion Seeking Expedited Entry of Orders (Docket No.'s 18, 19 and 20).

The date, time and place of the hearing are as follows:

Date:   Tuesday, April 26, 2011
Time:   10:30 a.m.
Court:  U.S. Bankruptcy Court
        U.S. Custom House, Courtroom B
        721 19th St.
        Denver, CO 80202

Date:  April 22, 2011.                Respectfully submitted,

                                      CONNOLLY, ROSANIA & LOFSTEDT, P.C.

                                      By:    _/s/ Joseph G. Rosania_
                                             Joseph G. Rosania, Esq. #12499
                                             Joli A. Lofstedt, Esq. #21946
                                             Douglas C. Pearce, II, Esq. #28786
                                             950 Spruce Street, Suite 1C
                                             Louisville, CO 80027
                                             (303) 661-9292
                                             (303) 661-9555 – fax
                                             joe@crlpc.com
                                             joli@crlpc.com
                                             doug@crlpc.com

                                      _Attorneys for Clearwater Develpoment, Inc._