UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: **April 26, 2011**  HONORABLE HOWARD TALLMAN, Presiding

In re: **CLEARWATER DEVELOPMENT CORP.,**  Case No. 11-18725-HRT
Debtor  Chapter 11

| Appearances | | | * by telephone |
|---|---|---|---|
| Debtor | | Counsel | **Joseph Rosania, Douglas Pearce, Joli Lofstedt** |
| US Trustee | | Counsel | **Leo Weiss** |
| Creditor | **Custom Concepts, LLC** | Counsel | **Garry Appel** |
| Creditor | **Brightwater Club Property Owners Association** | Counsel | **Frances Cetrulo** |
| Creditor | **Fortis Bank/BNP Paribas** | Counsel | **Carl Eklund, Michael Luskin*** |
| Creditor | **Ron Peterson, Chapter 7 Trustee for Lancelot Investors Fund, LP** | Counsel | **Carl Eklund, Margaret Anderson,* Michael Terrien*** |
| Creditor | **Carl Luppens, pro se** | Counsel | |
| Creditor | **SEMA Golf, LLC** | Counsel | **Andrew McLetchie*** |
| Creditor | **Emerald Sod Farms** | Counsel | **David Wadsworth*** |
| Creditor | **KRC-HLT Corp. d/b/a Formost Construction** | Counsel | **John Gormley*** |
| Creditor | **Cook & Solis Construction, Inc.** | Counsel | **Alan Sweetbaum*** |
| Int. Party | **EFO Financial Group, LLC** | Counsel | **Louis Amato*** |
| Int. Party | **Reconcile, LLC** | Counsel | **Samuel Newman*** |

Proceedings:   [XX] **Evidentiary Hearing**   [ ] **Non-evidentiary Hearing**

Interim Hearing on the Debtor's Expedited Motion to Approve Postpetition Secured and Superpriority Financing (docket #19), and the Objections thereto filed by the U.S. Trustee (docket #29); SEMA Golf, LLC (docket #35); Custom Concepts, LLC (docket #38); and the Brightwater Club Property Owners Association (docket #42).

[X]   The parties presented offers of proof and argument.

Orders:

[X]   The Court took the matter under advisement until 2:30 p.m., following which it entered its ruling in open court.

[X]   For the reasons stated on the record, the Court denied the Debtor's Motion to the extent it seeks interim relief. The Court will consider the Debtor's Motion at a final hearing on **May 9, 2011, at 2:00 p.m.** in Courtroom **203, Byron Rogers Courthouse**, 1929 Stout Street, Denver. Any creditor who wishes to file an objection to the Debtor's Motion or supplement its objection must do so by **Thursday, May 5, 2011.**

[X]   The Court granted the Debtor's request to limit notice. The Debtor must add all parties who entered appearances at today's hearing.

Date: **April 26, 2011**  FOR THE COURT:
*Bradford L. Bolton, Clerk*

By:    /s/   K. Lane Cutler
Deputy Clerk