# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>CLEARWATER DEVELOPMENT, INC.<br>EIN:  20-1538160,<br><br>　　　　Debtor. | ) Case No. 11-18725 HRT<br>) Chapter 11<br>)<br>)<br>)<br>)<br>) |

___

### MOTION FOR ADMISSION OF MICHAEL LUSKIN *PRO HAC VICE*
___

　　　　Pursuant to Local Bankruptcy Rule 9010-1(b), Carl A. Eklund of the law firm of Ballard Spahr LLP moves for the admission, *pro hac vice*, of Michael Luskin to participate in the conduct of these cases and related proceedings as an attorney for Fortis Bank.  The following is stated in support of this Motion:

　　　　1.　　Fortis Bank is a secured creditor in the above-referenced bankruptcy cases.

　　　　2.　　Michael Luskin is an attorney with the firm of Hughes Hubbard & Reed LLP and practices in the firm's offices located at One Battery Park Plaza, New York, NY  10004.  The firm is counsel for Fortis Bank.

　　　　3.　　Mr. Luskin is an attorney licensed to practice law in the State of New York.  He has been a member in good standing of the bar of the State of New York since 1978.  His Attorney Registration Number is 1103415.  He is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the Court of Appeals for the Second Circuit.

　　　　4.　　Attached is the Declaration of Michael Luskin in Support of this Motion for Admission Pro Hac Vice.

　　　　5.　　Mr. Luskin has associated with the undersigned counsel in connection with this matter.  The undersigned counsel is a member in good standing of the Bar of the United States District Court for the District of Colorado and shall participate meaningfully in all aspects of these cases.

　　　　WHEREFORE, the undersigned requests that the Court allow the admission of Michael Luskin *pro hac vice*, to participate in these cases and related proceedings.

DATED this 27th day of April, 2011.

Respectfully submitted,

BALLARD SPAHR LLP


By:   \s\ Carl A. Eklund
     Carl A. Eklund, No. 2299
     1225 17th Street, Suite 2300
     Denver, Colorado 80202-5596
     Tel: (303) 292-2400
     Fax: (303) 296-3956
     eklundc@ballardspahr.com

Attorneys for Fortis Bank

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2011, a true and correct copy of the foregoing document, **MOTION FOR ADMISSION OF MICHAEL LUSKIN *PRO HAC VICE***, was deposited in the United States Mail, postage pre-paid, first class, addressed to the following:

| | |
|---|---|
| **Leo M. Weiss**<br>US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202 | **Joseph G. Rosania**<br>**Joli A. Lofstedt**<br>**Douglas C. Pearce, II**<br>950 Spruce St.<br>Ste. 1C<br>Louisville, CO 80027 |
| **Garry R. Appel**<br>1660 17th St.<br>Ste. 200<br>Denver, CO 80202 | **M. Frances Cetrulo**<br>370 17th St.<br>Ste. 4800<br>Denver, CO 80202 |
| **Robert G. Cole**<br>390 Union Blvd., Ste. 400<br>Denver, CO 80228 | **John P. Gormley**<br>PO Box 1991<br>Grand Junction, CO 81502 |
| **Andrew R. McLetchie**<br>1640 Grant St.<br>Ste. 300<br>Denver, CO 80203 | **Alan Sweetbaum**<br>Sweetbaum, Levin & Sands, P.C.<br>1125 17th St., Ste. 2100<br>Denver, CO 80202 |
| **David Wadsworth**<br>1660 Lincoln Street<br>Ste. 2200<br>Denver, CO  80264 | |

By:  \s\ Dee Bechtold, paralegal