UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Case No. 11-18725 HRT |
| ) | Chapter 11 |
| CLEARWATER DEVELOPMENT, INC. ) | |
| EIN:  20-1538160, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER ADMITTING MICHAEL LUSKIN *PRO HAC VICE*

THIS MATTER comes before the Court upon the Motion for Admission of Michael Luskin *Pro Hac Vice*.  It appearing that Mr. Luskin is duly licensed to practice in the State of New York and admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the Court of Appeals for the Second Circuit and that he has associated in this matter with a member in good standing of the Bar of the United States District Court for the District of Colorado, who shall participate meaningfully in all aspects of these cases,

NOW THEREFORE, IT IS ORDERED, pursuant to Local Bankruptcy Rule 9010-1(b), that Michael Luskin be and he is hereby admitted, *pro hac vice*, to participate in these cases and related proceedings.

Dated:  __May 2__, 2011.

BY THE COURT:

_Howard Tallman_____
United States Bankruptcy Judge