UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Clearwater Development, Inc., | ) | Case No.  11-18725 HRT |
| EIN:20-1538160 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

_____

**UNITED STATES TRUSTEE'S SUPPLEMENTAL OBJECTION TO ENTRY OF ORDERS BASED ON  DEBTOR'S NOTICES CONCERNING RETENTION OF IMPRIMIS CORPORATION AND JAMES DEFRANCIA AND ITS MOTION FOR APPROVAL OF A DEBTOR-IN-POSSESSION LOAN**

_____

The United States Trustee, ("UST"), as his supplemental objection to the entry of an order concerning the Debtor's motion for approval of a debtor-in-possession loan, and its notices of intent to employ James DeFrancia and Imprimis Corporation states as follows:

1. The Debtor has sought to employ James DeFrancia as its Chief Restructuring Officer and to employ Imprimis as a consultant to Mr. DeFrancia. However, the Debtor has explicitly indicated that it does not and will not seek to employ DeFrancia or Imprimis under 11 U.S.C. § 327.  The UST has previously objected to the entry of a "comfort order" on the Debtor's notices.

2. The UST has also previously objected to the Debtor's motion seeking approval of a debtor-in-possession loan.

3. On May 3, 2011, the UST conducted an organizational meeting for an Official unsecured creditors committee in this case. A committee will be appointed as a result of that meeting.

4. The members of the soon to be appointed unsecured creditors committee have expressed an interest in hiring committee counsel.  They have also voiced concerns about having sufficient time to hire counsel, have that counsel review the Debtor's motion seeking a debtor-in-possession loan and its motion seeking approval of a chief restructuring officer.

5. The UST asserts that it is in the best interests of all parties in interest to afford the soon to be appointed committee and its counsel adequate time to object to the matters at bar in this case including, but not necessarily limited to the motions to

      approve the debtor-possession loan and a chief restructuring officer for the Debtor.

6.     The UST further represents to the Court that the bases raised by him for objecting to the interim approval of a debtor-in-possession loan remain as objections to the approval of that loan on a final basis as well.

    WHEREFORE, the United States Trustee prays that the Court afford the soon to be appointed committee in this case time in which to raise its objections to all matters pending in this case, enter no orders approving or disapproving the Debtor's employment of James DeFrancia and/or Imprimis Corporation until the Committee has had an opportunity to file its objection to those applications, permit him to have his objection to the Debtor's motion for approval of interim financing be deemed to be an objection to the final approval of that financing and grant him such other and further relief as may be proper under the circumstances.

Dated: May 3, 2011.

                                                  Respectfully submitted,

                                                  CHARLES F. McVAY
                                                  UNITED STATES TRUSTEE

                                                  **/s/Leo M. Weiss**
                                                  By: Leo M. Weiss, #15294
                                                  Trial Attorney
                                                  999 18th Street, Suite 1551
                                                  Denver, CO 80202
                                                  (303) 312-7244
                                                  (303) 312-7259 fax
                                                  Leo.M.Weiss@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **UNITED STATES TRUSTEE'S SUPPLEMENTAL OBJECTION** was mailed, postage prepaid, at the date set forth below to the following individual and address.

Dated: May 3, 2011.

Clearwater Development, Inc.
4000 Gypsum Creek Rd.
Gypsum, CO 81637

Douglas C. Pearce, II
950 Spruce St.
Ste. 1C
Louisville, CO 80027

Tracy Davis
Benjamin, Bain, Howard, Cohen, LLC
7315 E. Orchard Rd., #400
Greenwood Village, CO 80111

Laurence Boothby
4270 S. Bellaire
Englewood, CO 80113

Mark K. Fischer
Blakeslee-Lane, Inc. dba Blakeslee Advertising Marketing
1790 Bonanza Drive, Suite 275
Park City Utah 84060

Gregg L. Brown
Senior Vice President
Guaranty Bank & Trust Co.
1331 17th Street
Denver, Colo. 80202

Brightwater Club Property Owners Assoc.
C/o Julie Nelson
P.O. Box 993
Eagle, CO 81631

Fran Cetrulo
Berenbaum & Weinshienk
370 17th St., 48th Floor
Denver, CO 80202-5698

Elizabeth Flaagan
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln St., #3200
Denver, CO 80203-4532

Peter Cal
Sherman & Howard, LLC
633 17th St., #3000
Denver, CO 80202-3622

                                            **/s/ Bev Smith**
                                            Office of the United States Trustee