UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

IN RE:
CLEARWATER DEVELOPMENT, INC.            Case No. 11-18725 HRT
EIN: 20-1538160                          Chapter 11

**AMENDED** APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

The following persons, selected from unsecured creditors who are willing to serve, are appointed as the Unsecured Creditors' Committee in this case:

Mark K. Fischer
Chairman & CEO Blakeslee
1790 Bonanza Drive, Suite 275
Park City, Utah 84060
Phone: 410 336-9981
Fax: 435 647-5825
mark.fischer@blakesleeadv.com

Julie Nelson
POA President
P.O. Box 993
Eagle, CO 81631
Phone: 214 632-4262
Fax: 970 926-6040
julie.f.nelson@sbcglobal.net

Laurence M. Boothby, II
4270 S. Bellaire
Englewood, CO 80113
Phone: 720 203-4508
Fax: 720 226-0129
larry@ashlandcos.com

Gregg L. Brown
Senior Vice President
Guaranty Bank & Trust Co.
1331 17th Street
Denver, CO 80202
Phone: 303 293-5508
Fax: 303 313 6755
gregg.brown@guarantybankco.com

Tracy Davis
Benjamin Bain Howard Cohen, LLC
7315 E. Orchard Road, #400
Greenwood Village, CO 80111
Phone: 303 390-6600
Fax: 303 290-8323
tdavis@bbhlegal.com

May 4, 2011                         Respectfully submitted,
                                    CHARLES F. McVAY
                                    United States Trustee

                               By:  s/Leo M. Weiss
                                    Leo M. Weiss, #15294
                                    Attorney, for the U.S. Trustee
                                    999 18th Street, Suite 1551
                                    Denver, CO 80202
                                    303- 312-7244  Fax: 303-312-7259
                                    E-mail: Leo M.Weiss@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing APPOINTMENT OF CREDITORS' COMMITTEE was mailed, postage prepaid, to the following:

Clearwater Development, Inc.
4000 Gypsum Creek Rd.
Gypsum, CO 81637

Douglas C. Pearce, II
950 Spruce St., Ste 1C
Louisville, CO 80027

Tracy Davis
Benjamin Bain Howard Cohen, LLC
7315 E. Orchard Rd., #400
Greenwood Village, CO 80111

Laurence M. II & Susan Boothby
4270 S. Bellaire
Englewood, CO 80113

Mark K. Fischer
Blakeslee-Lane, Inc.
Dba Blakeslee Advertising Marketing
1790 Bonanza Drive, Suite 275
Park City, Utah 84060

Gregg L. Brown
Senior Vice President
Guaranty Bank & Trust Co.
1331 17th Street
Denver, CO 80202

Brightwater Club Property Owners Assoc
c/o Julie Nelson
P.O. Box 993
Eagle, CO 81631

Fran Cetrulo
Berenbaum & Weinshienk
370 17th St. 48th Floor
Denver, CO 80202-5698

Elizabeth Flaagan
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln St., #3200
Denver, CO 80203-4532

Peter Cal
Sherman & Howard, LLC
633 17th St., #3000
Denver, CO 80202-3622


Dated: May 4, 2011

                                      _____s/Beverly R. Smith____
                                      Beverly R. Smith, Legal Clerk
                                      Office of the U.S. Trustee