IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* | ) |
| | ) |
| CLEARWATER DEVELOPMENT, INC. | ) Case No. 11-18725-HRT |
| EIN: 20-1538160 | ) Chapter 11 |
| | ) |
| *Debtor.* | ) |

**AMENDED ORDER GRANTING MOTION SEEKING AUTHORITY TO OBTAIN POST-PETITION FINANCING, AND TO GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS AS TO FINAL ADVANCE**

THIS COURT, having reviewed the Motion to Amend Order (the "Motion"), filed by Clearwater Development, Inc. and finding that good cause is shown in support of such Motion, hereby:

ORDERS the Motion is GRANTED, and the June 28, 2011 Order Granting Motion Seeking Authority to Obtain Post-Petition Financing, and to Grant Liens and Superpriority Administrative Expense Status as to Final Advance be and hereby is amended in one respect and one respect only, to identify that Exhibit A attached hereto is the approved final budget.

Date: __July 5__, 2011.   BY THE COURT:

_____
The Honorable Howard R. Tallman, Chief
United States Bankruptcy Judge

## Clearwater Development (CDI)
## Sources and Uses of Funds

| Debtor In Possession Loan | June | July | Aug | Total |
|---|---|---|---|---|
| Maintenance Expenses - Montage Report - Exhibit A | $ 156,312.00 | $ 106,668.00 | $ 95,355.00 | $ 358,335.00 |
| Operating Expenses: | | | | |
| Property, Casualty and Liability Insurance | $ 3,300.00 | $ 3,300.00 | $ 4,500.00 | $ 11,100.00 |
| D&O Insurance | | | | |
| Workers Compensation Insurance | $ 460.00 | | | $ 460.00 |
| Forced Gas | $ 75.00 | $ 75.00 | $ 75.00 | $ 225.00 |
| Phone | $ 650.00 | $ 650.00 | $ 650.00 | $ 1,950.00 |
| Electric | $ 250.00 | $ 250.00 | $ 250.00 | $ 750.00 |
| Sewer and water | $ 150.00 | $ 150.00 | $ 150.00 | $ 450.00 |
| Trash | $ 65.00 | $ 65.00 | $ 65.00 | $ 195.00 |
| Postage | $ 200.00 | $ 200.00 | $ 200.00 | $ 600.00 |
| Security | $ 65.00 | $ 65.00 | $ 65.00 | $ 195.00 |
| on-site office operations | $ 300.00 | $ 300.00 | $ 300.00 | $ 900.00 |
| copier rental | $ 450.00 | $ 450.00 | $ 450.00 | $ 1,350.00 |
| Office drinking water | $ 30.00 | $ 30.00 | $ 30.00 | $ 90.00 |
| Lake House | $ 1,000.00 | $ 500.00 | $ 500.00 | $ 2,000.00 |
| Cast Off Cabin | $ 1,000.00 | $ 500.00 | $ 500.00 | $ 2,000.00 |
| | | | | $ - |
| Office personnel | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 22,500.00 |
| River Water Contract Fees | $ 800.00 | | | $ - |
| Wetlands Mitigation (404 Permit) | | | | $ - |
| Bonds | $ 33,500.00 | | | $ 33,500.00 |
| Common Area Landscaping | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 15,000.00 |
| Valley Road repairs | | | | $ - |
| Stormwater discharge permit | $ 400.00 | | | $ 400.00 |
| fugitive Dust Permit Renewal | $ 500.00 | | | $ 500.00 |
| Army Corp Water Q reporting | $ 3,000.00 | | | $ 3,000.00 |
| Army Corps 404 Permit Wetlands Mitigation | | | $ 20,000.00 | $ 20,000.00 |
| Town of Gypsum Land Management Plan ann. Monitoring report | | | $ 750.00 | $ 750.00 |
| Open Space Weed Spraying and mowing REQUIRED BY GYPSUM | | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| | | | | $ - |
| Accounting 2010 returns | | $ 9,000.00 | | $ 9,000.00 |

Page 1

**EXHIBIT A**

## Clearwater Development (CDI)
## Sources and Uses of Funds

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Bank fees | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 150.00 |
| Brightwater Property Owners Dues | $ 15,334.00 | $ 15,333.00 | $ 15,333.00 | | $ 46,000.00 |
| CDI CRO/CEO | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | | $ 75,000.00 |
| CRO/CEO Expenses | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | | $ 6,000.00 |
| Legal Expense: Debtor - CR&L | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | | $ 150,000.00 |
| Legal Expense: Debtor - Holland & Hart - Water Attys | $ 5,000.00 | | | | |
| Legal Expense: Creditors Committee | $ 33,333.00 | $ 33,334.00 | $ 33,333.00 | | $ 100,000.00 |
| US Trustee fees | $ 4,875.00 | | $ 4,875.00 | | $ 9,750.00 |
| DIP Loan Closing Costs | | | | | $ 20,478.00 |
| DIP Interest (3-Months) | | | | | $ 35,837.00 |
| DIP Commitment Fee | | | | | $ 40,957.00 |
| DIP Servicing Fee | | | | | $ - |
| Marketing - Asset Sale | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | | $ 15,000.00 |
| Contingency | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | | $ 30,000.00 |
| | | | | | |
| Total Uses | $ 365,599.00 | $ 280,420.00 | $ 286,931.00 | | $ 1,024,422.00 |

EXHIBIT A

**Clearwater Development (CDI)**
**Sources and Uses of Funds**

| Comment |
|---|
| |
| |
| hourly rate to assist with admn matters |
| |
| keeping common area pretty |
| repairs |
| |
| |

EXHIBIT A

**Clearwater Development (CDI)**
**Sources and Uses of Funds**

| | |
|---|---|
| Monthly Fees | $200 per hour, not to exceed $25,000 monthly |
| | |
| Jun - Aug | |
| | |
| Jun - Aug | |
| | |
| Estimated | |
| 3-months | |
| | |
| | |
| | |

EXHIBIT A