# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| CLEARWATER DEVELOPMENT, INC. ) | Case No. 11-18725 HRT |
| ) | |
| *Debtor* ) | Chapter 11 |
| ) | |
| EFO FINANCIAL GROUP, LLC ) | |
| ) | |
| *Movant* ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARWATER DEVELOPMENT, INC. ) | |
| ) | |
| *Respondent* ) | |
| ) | |
| ) | |
| ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF EFO FINANCIAL GROUP, LLC AND REQUEST FOR FORTHWITH DETERMINATION PURSUANT TO STIPULATED ORDER

EFO Financial Group, LLC, ("EFO" or sometimes as referred to as "DIP Lender"), through its attorneys Onsager Staelin & Guyerson, LLC, moves for forthwith relief to modify the automatic stay pursuant to § 362(d)(1) of the Bankruptcy Code and Bankruptcy Rule 4001(d), as follows:

1. Clearwater Development, Inc. ("Debtor") filed for relief under Chapter 11 of the U.S. Bankruptcy Code on April 18, 2011.

2. EFO Financial Group, LLC is the Debtor-In-Possession Lender to the Debtor pursuant ot the Court entered Findings of Facts and Conclusion of Law, dated June 27, 2011 (Docket No. 189) and as specifically authorized and approved in the final Order Granting Authority to Seek Post-Petition Financing dated June 28, 2011 (the "Final Order") (Docket No. 190).

3. Pursuant to the Final Order and the Exhibits "A" through "C" attached thereto, EFO was granted a first priority lien position on all of the Debtor's real property assets, a super-priority administrative expense claim, as well as the other conditions and protections of the DIP Loan as set forth in the Order and Exhibits.

4.      Reconcile, LLC and Debtor filed their Joint Motion to Approve Stipulation to Extend the Dates Related to Closing of Sale with Reconcile, LLC on October 7, 2011 (the "Extension Motion").  The Extension Motion was objected to, after a hearing held on October 26, 2011, this Court ordered the closing to take place by the end of the business day, Friday, October 28, 2011.

5.      The Closing did not take place on the scheduled date and effective Tuesday, November 1, 2011, the Court was to grant relief from stay to the mechanics' lien claimants so that group could proceed with its foreclosure actions as described below.

6.      Creditors' Cook & Solis Construction, Inc., SEMA Golf, Robert Trent Jones II, LLC and KRC-HLT Corp. have already filed Motions for Relief from Stay, which were granted and an order entered effective October 31, 2011, since the closing did not occur, pursuant to Court Order (Docket No. 343).

7.      EFO has declared a default pursuant to the attached Affidavit of Default**, Exhibit A**, hereto.

## RELIEF REQUESTED

8.      In light on the declared default, the Movant desires relief from stay for the purposes of enforcing its rights as DIP Lender to collect and foreclose on its Loan pursuant to terms set forth in the Final Order.

9.      Pursuant to the Final Order, in the event of default which is not cured within the prescribed five (5) business day period, Lender may, **"file an emergency motion for relief from the automatic stay, and the Bankruptcy Court will set an expedited hearing on 48 hours notice to determine whether Lender shall be granted relief from the automatic stay to foreclose on its liens or take any other action available to Lender"** (see Default/Remedies **Section Biii).**

10.     The default in the present case cannot be cured and the default is ongoing.

11.     The Movant believes the filing of this Motion is necessary at this time since Movant has priority lienholder status over the Mechanics' Lienholders. Pursuant to the Final

Order, Collateral/Other Rights, Section C, "Lender's mortgage liens and security interests shall not be primed, surcharged, altered or impaired, marshaled or otherwise adversely affected in any way, whether requested by a creditor of the Borrower or any other party. No claim or expense shall have priority over, or be *pari pasu*, with Lender's rights in the Collateral".

12. As set forth above cause thus exists under 11 U.S.C. §362(d)(1) for granting the relief requested.

13. The Debtor should not object to this Motion pursuant to the Final Order, Collateral/Other Rights, Section B.

14. The Movant has confirmed that the Debtor is not on active military duty pursuant to this Court's General Procedure Order Number 2005-2 per the attached affidavit of counsel.

Wherefore, EFO respectfully requests this Court to enter its Order approving this Motion and granting relief from stay without further notice or hearing, and such further relief as is appropriate.

Dated: November 2, 2011

Respectfully submitted,
**Onsager, Staelin & Guyerson, LLC**

/s/ Michael J. Guyerson
Michael J. Guyerson, #11279
1873 S. Bellaire St., Suite 1401
Denver, Colorado 80222
Ph: (303) 512-1123
Fax: (303) 512-1129
mguyerson@osglaw.com

*Attorney for EFO Financial Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2011 the foregoing **MOTION FOR RELIEF FROM AUTOMATIC STAY OF EFO FINANCIAL GROUP, LLC AND REQUEST FOR FORTHWITH DETERMINATION PURSUANT TO STIPULATED ORDER**, was served by depositing same in the United States mail, first class postage prepaid, addressed to the following persons:

| | | |
|---|---|---|
| Clearwater Development, Inc.<br>4000 Gypsum Creek Road<br>Gypsum, CO 81637 | Douglas C. Pearce, II<br>Joli A. Lofstedt, Esq.<br>Joseph G. Rosania, Esq.<br>950 Spruce St., Ste. 1C<br>Louisville, CO 80027 | Leo M. Weiss<br>U.S. Trustee's Office<br>999 18th Street, Ste. 1551<br>Denver, CO 80202 |
| Mark K. Fisher<br>Chairman & CEO Blakeslee<br>1790 Bonanza Dr., Suite 275<br>Park City, UT 84060 | Julie Nelson<br>POA President<br>P.O. Box 993<br>Eagle, CO 81631 | Gregg L. Brown<br>Senior Vice President,<br>Guaranty Bank & T<br>1331 17th Street<br>Denver, CO 80202 |
| Tracy Davis<br>Benjamin Bain Howard Cohen, LLC<br>7315 E. Orchard Road, #400<br>Greenwood Village, CO 80111 | Laurence M. Boothby, II<br>4270 S. Bellaire<br>Englewood, CO 80113 | Bradford E. Dempsey<br>3200 Wells Fargo Center<br>1700 Lincoln St.<br>Denver, CO 80203 |
| Elizabeth K. Flaagan<br>3200 Wells Fargo Center<br>1700 Lincoln St.<br>Denver, CO 80203 | Garry R. Appel<br>1660 17th Street, Ste. 200<br>Denver, CO 80202 | David V. Wadsworth, Esq.<br>Sender & Wasserman, P.C.<br>1660 Lincoln Street, Suite 2200<br>Denver, CO 80264 |
| Robert G. Cole<br>Collins Cockrel & Cole<br>390 Union Blvd., Suite 400<br>Denver, CO 80228 | Sweetbaum, Levin & Sands, P.C.<br>Attn: Alan D. Sweetbaum<br>1125 17th Street, Suite 2100<br>Denver, CO 80202 | Carl A. Eklund, Esq.<br>James P. Bickford, Esq.<br>Ballard Spahr LLP<br>1225 17th St., Suite 2300<br>Denver, CO 80202 |
| Spiecker, Hanlon, Gormley & Volkmann, LLP<br>c/o John P. Gormley<br>PO Box 1991<br>Grand Junction, CO 81502 | GE Money Bank<br>c/o Recovery Mgmt Systems<br>Attn: Ramesh Singh<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131-1605 | Michael R. Snyder<br>Snyder & Hilliard, P.C., LLO<br>PO Box 1414<br>Kearney, NE 68848 |

|  |  |  |
|---|---|---|
| Carl Luppens<br>One South Dahlia Street<br>Denver, CO  80246 | Samuel A. Newman<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue | Donald D. Allen<br>Markus Williams Young &<br>Zimmermann LLC<br>1700 Lincoln St., Suite 4000<br>Denver, CO  80203 |
| T.R. Rice<br>Rice LLC<br>5575 DTC Parkway, Suite 210<br>Greenwood Village, CO  80111 | | |

/s/Angie C. Garcia