# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| CLEARWATER DEVELOPMENT, INC. | ) Case No. 11-18725 HRT |
| | ) |
| *Debtor* | ) Chapter 11 |
| | ) |
| EFO FINANCIAL GROUP, LLC | ) |
| | ) |
| *Movant* | ) |
| | ) |
| v. | ) |
| | ) |
| CLEARWATER DEVELOPMENT, INC. | ) |
| | ) |
| *Respondent* | ) |
| | ) |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF EFO FINANCIAL GROUP, LLC

THIS COURT, having reviewed the Motion For Relief From Automatic Stay (the "Motion"), filed by EFO Financial Group, LLC, being advised in the premises and good cause having been shown, hereby:

ORDERS that the Motion is GRANTED. EFO Financial Group, LLC is entitled to relief from the automatic stay pursuant to this Court's Order dated September 14, 2011 (Docket No. 307). EFO Financial Group, LLC may foreclosure upon its first priority lien regarding the following property on listed on the attached Exhibit A.

Dated: November 10, 2011

BY THE COURT

_____
United States Bankruptcy Judge

# EXHIBIT "A"

# LEGAL DESCRIPTION

PARCEL 1
LOTS 45, 46, AND LOTS 63 THROUGH 68, INCLUSIVE;
AND TRACTS AA THROUGH LL;
BRIGHTWATER CLUB FILING 2, ACCORDING TO THE PLAT RECORDED JUNE 20, 2005 AT RECEPTION NO. 919836, COUNTY OF EAGLE, STATE OF COLORADO.

PARCEL 2
LOTS 1 THROUGH 4, BLOCK K, INCLUSIVE; LOT 11, BLOCK K; LOTS 16 AND 17, BLOCK K;
AND LOTS 23 THROUGH 40, BLOCK K, INCLUSIVE;
AND TRACTS 3A THROUGH 3F;
BRIGHTWATER CLUB FILING 3, ACCORDING TO THE PLAT RECORDED SEPTEMBER 14, 2005 AT RECEPTION NO. 929490, COUNTY OF EAGLE, STATE OF COLORADO.

PARCEL 3
LOTS 2, 3, 5, 23, 24, AND LOTS 26 THROUGH 50, INCLUSIVE;
AND TRACTS MM THROUGH SS;
BRIGHTWATER CLUB FILING 4, ACCORDING TO THE PLAT RECORDED APRIL 13, 2006 AT RECEPTION NO. 200609481, COUNTY OF EAGLE, STATE OF COLORADO.
AND

LOTS 26 THROUGH 50 AND TRACTS OO, PP, QQ, AND SS BRIGHTWATER CLUB FILING NO. 4A, RECORDED JUNE 9, 2008 UNDER RECEPTION NO. 200819155, COUNTY OF EAGLE, STATE OF COLORADO.

PARCEL 4
LOTS 1 THROUGH 44, AND 46 THROUGH 49; LOTS 54, 57, AND 59;
AND TRACTS TT, UU AND VV;
BRIGHTWATER CLUB FILING 5, ACCORDING TO THE PLAT RECORDED MAY 10, 2006 AT RECEPTION NO. 200612175, COUNTY OF EAGLE, STATE OF COLORADO.

PARCEL 5
TRACTS A AND B, PARCELS C1 THROUGH C3, INCLUSIVE, PARCELS M AND N, AND TRACTS O AND P, ALL IN BRIGHTWATER CLUB FILING 1, ACCORDING TO THE PLAT RECORDED MAY 18, 2005 AT RECEPTION NO. 916179, COUNTY OF EAGLE, STATE OF COLORADO.

AND

TRACTS A, B, C1, C2, M AND P,
BRIGHTWATER CLUB FILING 1, TRACTS A AND B PARCELS C-1, C-2, M AND P RECORDED JUNE 27, 2008 UNDER RECEPTION NO. 200813606, COUNTY OF EAGLE, STATE OF COLORADO.

PARCEL 6
LOTS 1 AND 2, BRIGHTWATER CLUB FILING NO. 6, RECORDED SEPTEMBER 4, 2008 UNDER RECEPTION NO. 200819156, COUNTY OF EAGLE, STATE OF COLORADO.