IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Clearwater Development, Inc. | ) Case No. 11-18725-HRT |
| EIN: 20-1538160 | ) |
| | ) |

### ORDER GRANTING MOTION OF BRIGHTWATER CLUB PROPERTY OWNERS ASSOCIATION MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This Matter having come before the Court upon the Motion of the Brightwater Club Property Owners Association for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d) (the "Motion"), no timely objections or responses to the Motion having been filed, or any objections having been resolved, withdrawn or overruled and good cause having been shown;

IT IS HEREBY ORDER that the Motion is granted and Brightwater Club Property Owners Association is granted relief from the automatic stay in order to exercise its state law rights and remedies to foreclose its Judgment (as defined in the Motion) against the Property described on Exhibit 1 hereto.

IT IS FURTHER ORDERED that the 14 day stay pursuant to Fed.R.Bankr.P. 4001(a)(3) is lifted and the Brightwater Club Property Owners Association may immediately implement and enforce this order granting relief from the automatic stay

Dated this 16th day of November, 2011.

BY THE COURT:

_Howard Tallman_
United States Bankruptcy Judge